B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Cox, Stuart David** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Cox, Andrea L** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA David Cox** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-6833** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-1543** |
| Street Address of Debtor (No. and Street, City, and State):<br>**363 Main Street**<br>**Brillion, WI**                ZIP Code **54110** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**363 Main Street**<br>**Brillion, WI**                ZIP Code **54110** |
| County of Residence or of the Principal Place of Business:<br>**Calumet** | County of Residence or of the Principal Place of Business:<br>**Calumet** |
| Mailing Address of Debtor (if different from street address):<br>**363 South Main Street**<br>**Brillion, WI**                ZIP Code **54110** | Mailing Address of Joint Debtor (if different from street address):<br>**363 South Main Street**<br>**Brillion, WI**                ZIP Code **54110** |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7        ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9            of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12      ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13          of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts,        ☐ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as              business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(4/10)                                                                                      Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Cox, Stuart David** <br> **Cox, Andrea L** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location <br> Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location <br> Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> **X** **/s/ Richard L. Hirsh**              **May 12, 2010** <br> Signature of Attorney for Debtor(s)              (Date) <br> **Richard L. Hirsh 1225936** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                         Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

| | Name of Debtor(s): |
|---|---|
| | **Cox, Stuart David** |
| | **Cox, Andrea L** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Stuart David Cox**
Signature of Debtor  **Stuart David Cox**

X **/s/ Andrea L Cox**
Signature of Joint Debtor **Andrea L Cox**

Telephone Number (If not represented by attorney)

**May 12, 2010**
Date

### Signature of Attorney*

X **/s/ Richard L. Hirsh**
Signature of Attorney for Debtor(s)

**Richard L. Hirsh 1225936**
Printed Name of Attorney for Debtor(s)

**Richard L. Hirsh & Associates, P.C.**
Firm Name

**1500 Eisenhower Lane**
**Suite 800**
**Lisle, IL 60532-2135**

Address

**Email: richala@sbcglobal.net**
**630 434-2600  Fax: 630 434-2626**
Telephone Number

**May 12, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

X
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Stuart David Cox**
     **Andrea L Cox**

Debtor(s)

Case No. _____

Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.]* *[Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Stuart David Cox**

                                **Stuart David Cox**

Date:  **May 12, 2010**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Stuart David Cox**
**Andrea L Cox**                                              Case No.
_____              Chapter   **7**
                                          Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Andrea L Cox**
                      **Andrea L Cox**

Date:  **May 12, 2010**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                   Best Case Bankruptcy

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Stuart David Cox,**
       **Andrea L Cox,**

Case No. _____

Debtors ,

Chapter _____ **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 278,000.00 | | |
| B - Personal Property | Yes | 4 | 76,116.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 406,288.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 74 | | 74,665.57 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 1,945.67 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 4,401.00 |
| Total Number of Sheets of ALL Schedules | | 88 | | | |
| | | Total Assets | 354,116.00 | | |
| | | Total Liabilities | | 480,953.57 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Stuart David Cox,**
      **Andrea L Cox**

Case No. _____

                                     Debtors

Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 1,945.67 |
| Average Expenses (from Schedule J, Line 18) | 4,401.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 2,400.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 122,888.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 74,665.57 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 197,553.57 |

B6A (Official Form 6A) (12/07)

In re **Stuart David Cox,**
      **Andrea L Cox**

Case No. _____

_____,
                              Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **26W125 Thomas Road, Wheaton, IL  60187** | **Equitable interest** | **J** | **278,000.00** | **399,888.00** |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Sub-Total > | **278,000.00** | (Total of this page) |
|  | Total > | **278,000.00** |  |

**0**    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Stuart David Cox,**
     **Andrea L Cox**

Case No. _____

_____,
               Debtors

# SCHEDULE B - PERSONAL PROPERTY

    Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

    **Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **26W125 Thomas, Wheaton, IL  60187** | J | 50.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Best Advantage Credit Union -  Brillion WI** | J | 2,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **House rental M&E Rentals, Brillion, WI - 26W125 Thomas, Wheaton, IL  60187** | J | 350.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Raised kids' bed with desk, 2 book cases, 2 rocking chairs, kid table w/ chair, king size bed and springs, 2 dressers, small falt screen TV, single kid's bed, changing talbe, recliner, sleeper sofa, dining room table with 6 chairs, stereo 5CD system, entertainment center with treadmill, 2 drawer commode, 3 drawer desk, portable dishwasher, microwave, 2 refrigerators, stove, 2 piece sectional sofa, coffee table, TV stand, 20" TV stand, corner cabinet for computer, wardrobe, washer/dryer, upright freezer, water softner, 3 computers - 26W125 Thomas, Wheaton, IL  60187** | J | 3,265.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books, pictures, records, CD's and collectables -= 26W125 Thomas, Wheaton, IL  60187** | J | 100.00 |
| 6. Wearing apparel. | | **Adult and children's clothing - 26W125 Thomas, Wheaton, IL  60187** | J | 500.00 |
| 7. Furs and jewelry. | | **Wife's jewelry - 26W125 Thomas, Wheaton, IL 60187** | W | 1,000.00 |

Sub-Total >      **7,265.00**
(Total of this page)

  __3__  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6B (Official Form 6B) (12/07) - Cont.

In re   **Stuart David Cox,**                                                    Case No. _____
        **Andrea L Cox**
                                                                    ,
                                          Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 8.  Firearms and sports, photographic, and other hobby equipment. | | **2 adult bikes, 2 kids bikes, bike trailer for kids, DXT compound bow and arrows, Yukon tracks gorund blind, amerastep climbing tree stand, hunting clothes and accessories, Springfield arms 45 cal ACP, 4 adult fishing poles, 1 kids' fishing pole. Carftsman 10" table saw, Rigid drill press, Porter cable router and router table, 2 Ryobi cordless drills, Ryobi 7" band saw, Assorted hand tools, Porter cable compressor/brad and finish nailer combo pack; Rigid 12" Miter saw and stand - 26W125 Thomas, Wheaton, IL  60187** | J | 2,390.00 |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **NWML #16-399-864 adjustable life death benefit $613,255; net cash value $12304 loan and policy of $46000 H is owner; W is beneficiary** | H | 12,304.00 |
| | | **NWML 14-135-168;  whole life   death benefit $104805;  net cas $15307 - loan is $2179; H is owner, Andrea is beneficiary** | H | 15,307.00 |
| 10.  Annuities. Itemize and name each issuer. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **American Funds IRA value as of** | J | 29,000.00 |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | | **50% of Mallard Press Inc.,  (defunct/liquidated in ABC proceeding by Rally Capital** | J | Unknown |
| | | **50% of Drake Offset -- closed** | J | 0.00 |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16.  Accounts receivable. | X | | | |

Sub-Total >      59,001.00
(Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Stuart David Cox,**                                    Case No. _____
        **Andrea L Cox**

                                                    ,
                                        Debtors
## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2002 Dodge Durango SUV** | **J** | **4,000.00** |
| | | **2004 Ford F250 Super Duty Crew Cab Short Bed - Location: 363 Main Street, Brillion WI 54110** | **H** | **5,400.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

|  | Sub-Total >  | **9,400.00** |
|---|---|---|
|  | (Total of this page) |  |

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Stuart David Cox,**                                                    Case No. _____
          **Andrea L Cox**
                                                                    ,
                                            Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Kids toys, push lawn mower, push lawn blower, Craftsman snow blower, Pullen 17" chainsaw, miscellaneous hand tools - 26W125 Thomas, Wheaton, IL  60187** | J | 450.00 |

|  | Sub-Total > | **450.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **76,116.00** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

.

In re    **Stuart David Cox,**
**Andrea L Cox**

Case No. _____

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Best Advantage Credit Union - Brillion WI | 735 ILCS 5/12-1001(b) | 2,000.00 | 2,000.00 |
| **Household Goods and Furnishings** | | | |
| Raised kids' bed with desk, 2 book cases, 2 rocking chairs, kid table w/ chair, king size bed and springs, 2 dressers, small falt screen TV, single kid's bed, changing talbe, recliner, sleeper sofa, dining room table with 6 chairs, stereo 5CD system, entertainment center with treadmill, 2 drawer commode, 3 drawer desk, portable dishwasher, microwave, 2 refrigerators, stove, 2 piece sectional sofa, coffee table, TV stand, 20" TV stand, corner cabinet for computer, wardrobe, washer/dryer, upright freezer, water softner, 3 computers - 26W125 Thomas, Wheaton, IL  60187 | 735 ILCS 5/12-1001(b) | 3,265.00 | 3,265.00 |
| **Wearing Apparel** | | | |
| Adult and children's clothing - 26W125 Thomas, Wheaton, IL  60187 | 735 ILCS 5/12-1001(a) | 500.00 | 500.00 |
| **Furs and Jewelry** | | | |
| Wife's jewelry - 26W125 Thomas, Wheaton, IL 60187 | 735 ILCS 5/12-1001(b) | 1,000.00 | 1,000.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| 2 adult bikes, 2 kids bikes, bike trailer for kids, DXT compound bow and arrows, Yukon tracks gorund blind, amerastep climbing tree stand, hunting clothes and accessories, Springfield arms 45 cal ACP, 4 adult fishing poles, 1 kids' fishing pole. Carftsman 10" table saw, Rigid drill press, Porter cable router and router table, 2 Ryobi cordless drills, Ryobi 7" band saw, Assorted hand tools, Porter cable compressor/brad and finish nailer combo pack; Rigid 12" Miter saw and stand - 26W125 Thomas, Wheaton, IL  60187 | 735 ILCS 5/12-1001(b) | 1,735.00 | 2,390.00 |
| **Interests in Insurance Policies** | | | |
| NWML #16-399-864 adjustable life death benefit $613,255; net cash value $12304 loan and policy of $46000 H is owner; W is beneficiary | 735 ILCS 5/12-1001(f) 735 ILCS 5/12-1001(f) | 100% 100% | 12,304.00 |
| NWML 14-135-168;  whole life  death benefit $104805;  net cas $15307 - loan is $2179; H is owner, Andrea is beneficiary | 215 ILCS 5/238 735 ILCS 5/12-1001(f) | 100% 100% | 15,307.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| American Funds IRA value as of | 735 ILCS 5/12-1006 | 100% | 29,000.00 |

___1___  continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/10) -- Cont.

In re **Stuart David Cox,**
     **Andrea L Cox**

Case No. _____

                                          ,
                    Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2002 Dodge Durango SUV** | **735 ILCS 5/12-1001(c)** | **4,000.00** | **4,000.00** |

| | Total: | **96,722.00** | **69,766.00** |
|---|---|---|---|

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  **Stuart David Cox,**
     **Andrea L Cox**

Case No. _____

                                       Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx9532** | | | **Opened 7/01/03  Last Active 9/30/09** | | | | | |
| **Chase Manhattan Mortg** **10790 Rancho Bernardo Rd** **San Diego, CA 92127** | | J | **26W125 Thomas Road, Wheaton, IL 60187** | | | | | |
| | | | Value $        **278,000.00** | | | | **167,146.00** | **0.00** |
| Account No. | | | | | | | | |
| **Chase Home Finance** **P.O. Box 9001871** **Louisville, KY 40290-1871** | | | **Representing:** **Chase Manhattan Mortg** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| **Pierce & Associates** **1 N Dearborn** **13th FL** **Chicago, IL 60602** | | | **Representing:** **Chase Manhattan Mortg** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. | | | **2004 Ford F250 Super Duty Crew Cab Short Bed -** **Location: 363 Main Street, Brillion WI 54110** | | | | | |
| **Fifth Third Bank** **C/O Bankruptcy Dept, Mdropso5** **1850 East Paris** **Grand Rapids, MI 49546** | | J | | | | | | |
| | | | Value $        **5,400.00** | | | | **6,400.00** | **1,000.00** |

  **1**  continuation sheets attached

Subtotal
(Total of this page)

| **173,546.00** | **1,000.00** |
|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re    **Stuart David Cox,**
         **Andrea L Cox**

Case No. _____

_____,
                              Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx6065** | | | Opened 3/01/06 Last Active 9/28/09 | | | | | |
| **Green Tree Servicing** **500 Landmark Tower** **St Paul, MN 55102** | | J | Second Mortgage 26W125 Thomas Road, Wheaton, IL 60187 | | | | | |
| | | | Value $ 278,000.00 | | | | 82,742.00 | 0.00 |
| Account No. | | | | | | | | |
| **Green Tree** **PO Box 94710** **Palatine, IL 60094-4710** | | | Representing: Green Tree Servicing | | | | Notice Only | |
| | | | Value $ | | | | | |
| Account No. **xxxxxxx2008** | | | March 2008 | | | | | |
| **Hinsdale Bank & Trust Company** **25 East First Street** **Hinsdale, IL 60521** | X | H | Commercial Loan 26W125 Thomas Road, Wheaton, IL 60187 | | | | | |
| | | | Value $ 278,000.00 | | | | 150,000.00 | 121,888.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 232,742.00 | 121,888.00 |
| Total (Report on Summary of Schedules) | 406,288.00 | 122,888.00 |

B6E (Official Form 6E) (4/10)

.

In re    **Stuart David Cox,**                                        Case No. _____
          **Andrea L Cox**
_____ ,
                                    Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

     A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

     The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

     Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

     Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

     Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

     Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

     Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

     Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

     Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

     Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

     Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

     Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

     Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

     Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                                            **0**____ continuation sheets attached

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re **Stuart David Cox,**
     **Andrea L Cox**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.

**A & E Messenger Service**
**15502 Trailside Drive**
**Lockport, IL 60441** | | - | | | **Corporate Debt for Mallard Press, Inc.** | X | | X | Unknown |
| Account No.

**A-Korn Roller, Inc.**
**3545 S. Morgan Street**
**Chicago, IL 60609** | | - | | | **Corporate Debt for Mallard Press, Inc.** | X | | X | Unknown |
| Account No.

**Aabbitt Adhesives, Inc**
**2403 N Oakley Avenue**
**Chicago, IL 60647** | | - | | | **Corporate Debt for Mallard Press, Inc.** | X | | X | Unknown |
| Account No.

**Accent Promotions**
**319 8th St**
**Downers Grove, IL 60515** | | - | | | **Corporate Debt for Mallard Press, Inc.** | X | | X | Unknown |

__73__ continuation sheets attached

Subtotal
(Total of this page)

0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

S/N:29597-100329   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Stuart David Cox,**
    **Andrea L Cox**                                      Case No. _____

                                            _____,
                                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Accurate Office Supply Co. 260 Gerzevske Lane Carol Stream, IL 60188** | - | | | | | X | | X | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Ace Hardware Corporation 220 Kensington Court Oak Brook, IL 60523** | - | | | | | X | | X | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Ace Pool Car, Inc 317 West Lake Street Melrose Park, IL 60164** | - | | | | | X | | X | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Acme Packaging Division 4225 Frontage Road Oak Forest, IL 60452** | - | | | | | X | | X | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Active Propane Co, Inc 4158 Division St Hillside, IL 60162** | - | | | | | X | | X | Unknown |

Sheet no. __1___ of __73__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Stuart David Cox,**
　　　**Andrea L Cox**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Adhesive Papers, Inc. 7247 W. Grand IL 60635 | - | | | | | X | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| ADT Security Services P.O. Box 371967 Pittsburgh, PA 15250 | - | | | | | X | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Advance Visuals, Inc. 208 W. North Avenue Lombard, IL 60148 | - | | | | | X | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Advertiers Bindery 739 S Clark Street Suite 3 Chicago, IL 60605 | - | | | | | X | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| AGFA - Compugraphic Divisinio P.O. Box 7247-8204 Philadelphia, PA 19170 | - | | | | | X | | X | |
| | | | | | | | | | Unknown |

Sheet no. __2__ of __73__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stuart David Cox,**
       **Andrea L Cox**
                                                                    Case No. _____
_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Air Services Company** **108 Gateway Road** **Bensenville, IL 60106** | - | | | | | X | | X | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **AJ Adhesives, Inc** **4800 Miami** **Saint Louis, MO 63116** | - | | | | | X | | X | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **aka S&C** **900 Ogden Avenue** **#349** **Downers Grove, IL 60515** | - | | | | | X | | X | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Aleyant Systems** **P.O. Box 2491** **Glen Ellyn, IL 60138** | - | | | | | X | | X | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Alpine Paper Company** **5112 28th Avenue** **Rockford, IL 61125** | - | | | | | X | | X | Unknown |

Sheet no. __3__ of __73__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Stuart David Cox,**
**Andrea L Cox**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **AM Graphics Division** **4900 Webster Street** **Dayton, OH 45414** | - | | | | | X | | X | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **American Graphic Specialties** **16853 Charleston Circle** **Lockport, IL 60441** | - | | | | | X | | X | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **American Litho, Inc.** **160 East Elk Trail** **Carol Stream, IL 60188** | - | | | | | X | | X | Unknown |
| Account No. | | | | | Corportate Dept for Mallard Press, Inc. | | | | |
| **American Management Services** **7680 Universal Drive** **Suite 170** **Orlando, FL 32819** | - | | | | | X | | X | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **American Paging of Illinois** **210 W. 22nd Street** **Suite 102** **Oak Brook, IL 60521** | - | | | | | X | | X | Unknown |

Sheet no. __4__ of __73__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Stuart David Cox,**
         **Andrea L Cox**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **American Printing Equip, Inc.** **1714 West Armitage Court** **Addison, IL 60101** | - | | | | | X | | X | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Anderson Group, LTD** **907 North Elm Street** **Hinsdale, IL 60521** | - | | | | | X | | X | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Anderson Young & Associates** **605 Hickory St.** **Sugar Grove, IL 60554** | - | | | | | X | | X | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Andrews Converting** **707 east 47th** **La Grange, IL 60525** | - | | | | | X | | X | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Andrews Decal Company** **6559 N. Avondale Ave** **Chicago, IL 60631** | - | | | | | X | | X | |
| | | | | | | | | | **Unknown** |

Sheet no. __5__ of __73__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stuart David Cox,**
       **Andrea L Cox**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Application Design Assoc., Inc 6021 Syracuse Way Suite 215 Englewood, CO 80111** | - | | | | | X | | X | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Area Electronics 919 N. Highland Road Mundelein, IL 60060** | - | | | | | X | | X | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **ARKAY Graphics, Inc. 40 South Addison Road Suite 200 Addison, IL 60101** | - | | | | | X | | X | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Arnquist Packaging Corp P. O. Box 153 Clarendon Hills, IL 60514** | - | | | | | X | | X | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Arrow Die Cutting Company 2700 W Roosevelt Road Maywood, IL 60153** | - | | | | | X | | X | Unknown |

Sheet no. __6___ of __73__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Stuart David Cox,**
    **Andrea L Cox**

Case No. _____

_____,
                                   Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Ashland, Inc. P. O. Box 102533 Atlanta, GA 30368 | - | | | | | X | | X | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| ASI Mailing & Fulfillment 1717 W. Armitage Court Addison, IL 60101 | - | | | | | X | | X | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc.   Subject to setoff. | | | | |
| AT&T P.O. Box 8100 Aurora, IL 60507 | J | | | | | X | | X | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| AT&T Wireless P.O. Box 8220 Aurora, IL 60572 | - | | | | | X | | X | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Auto Ride Cab of Elmhurst, Inc 128 West First Street Elmhurst, IL 60126 | - | | | | | X | | X | Unknown |

Sheet no. __7__ of __73__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Stuart David Cox,**
    **Andrea L Cox**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Automated Presort Inc.** <br> **1400 Centre Circle Drive** <br> **Downers Grove, IL 60515** | - | | **Corporate Debt for Mallard Press, Inc.** | X | | X | <br><br><br> **Unknown** |
| Account No. <br><br> **Automated Scale Corporation** <br> **202 W. Fay Avenue** <br> **Addison, IL 60101** | - | | **Corporate Debt for Mallard Press, Inc.** | X | | X | <br><br><br> **Unknown** |
| Account No. <br><br> **AutoMotivation, INC.** <br> **270 N. Eisenhower Lane** <br> **Unit 10** <br> **Lombard, IL 60148** | - | | **Corporate Debt for Mallard Press, Inc.** | X | | X | <br><br><br> **Unknown** |
| Account No. <br><br> **Avanta Bank Corp.** <br> **P.O. Box 8088** <br> **Philadelphia, PA 19101** | - | | **Corporate Debt for Mallard Press, Inc.** | X | | X | <br><br><br> **Unknown** |
| Account No. **xxxx-xxxx-xxxx-9502** <br><br> **Bank Of America** <br> **4060 Ogletown/Stanton Rd** <br> **Newark, DE 19713** | - | | **Opened 5/01/04 Last Active 9/09/09** <br> **Corporate Debt for Mallard Press, Inc.** | X | | X | <br><br><br> **Unknown** |

Sheet no. __**8**___ of __**73**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stuart David Cox,**
    **Andrea L Cox**
                               ,
                      Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br> **Bank of America** <br> **PO Box 851001** <br> **Dallas, TX 75285** | | | | **Representing:** <br> **Bank Of America** | | | | **Notice Only** |
| Account No. **xxxx-xxxxxx-x7354** <br><br> **Bank Of America** <br> **4060 Ogletown/Stanton Rd** <br> **Newark, DE 19713** | | - | | **Opened  8/01/05  Last Active 10/05/09** <br> **Corporate Debt for Mallard Press, Inc.** | X | | X | **Unknown** |
| Account No. <br><br> **Bank of America** <br> **PO Box 851001** <br> **Dallas, TX 75285** | | | | **Representing:** <br> **Bank Of America** | | | | **Notice Only** |
| Account No. <br><br> **Banner Moulded Products** <br> **3050 N. River Road** <br> **River Grove, IL 60171** | | - | | **Corporate Debt for Mallard Press, Inc.** | X | | X | **Unknown** |
| Account No. <br><br> **Bar-Plate Manufacturing** <br> **232 Amity Road** <br> **P.O. Box 3540** <br> **Woodbridge, CT 06525** | | - | | **Corporate Debt for Mallard Press, Inc.** | X | | X | **Unknown** |

Sheet no. __9__ of __73__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Stuart David Cox,**
**Andrea L Cox**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **BCT - Chicago 701 N. Raddant Rd Batavia, IL 60510** | - | | | | | X | | X | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Bell Finishers 3001 Soffel Melrose Park, IL 60160** | - | | | | | X | | X | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Ben Hayden 1219 60th Place Downers Grove, IL 60516** | - | | | | | X | | X | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Berg, DeMarco, Lewis, Sawatski 630 Dundee Road Suite 425 Northbrook, IL 60062** | - | | | | | X | | X | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Berry Bearing Co. 5444 East Ave. La Grange, IL 60525** | - | | | | | X | | X | Unknown |

Sheet no. __10__ of __73__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stuart David Cox,**
    **Andrea L Cox**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Brown's Laminated Products** **117 West 61st Street** **Westmont, IL 60559** | - | | | | | X | | X | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Butler Paper Company** **2932 S. Wolf Road** **Des Plaines, IL 60018** | - | | | | | X | | X | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **C.E. Printed Products** **P. O. Box 807** **Mount Prospect, IL 60056** | - | | | | | X | | X | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **C.P. Bourg, Inc.** **50 Samuel Barnet Blvd** **New Bedford, MA 02745** | - | | | | | X | | X | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Capital Finishing** **303 S. Highland Ave** **Aurora, IL 60506** | - | | | | | X | | X | |
| | | | | | | | | | **Unknown** |

Sheet no. __11__ of __73__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stuart David Cox,**
    **Andrea L Cox**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Capital One, F.S.B.** **P.O. Box 6492** **Carol Stream, IL 60197** | - | | | | | X | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Capital Printing & Die Cutting** **303 S. Highland Ave** **Aurora, IL 60506** | - | | | | | X | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Caprock Developments Inc.** **475 Speedwell Avenue** **P. O. Box 95** **Morris Plains, NJ 07950** | - | | | | | X | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Carlson Craft** **1750 Tower Blvd** | - | | | | | X | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Carol Cancio** **6119 Secluded Court** **Sylvania, OH 43560** | - | | | | | X | | X | |
| | | | | | | | | | Unknown |

Sheet no. __12__ of __73__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Stuart David Cox,**
     **Andrea L Cox**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | - | | | Corporate Debt for Mallard Press, Inc. | X | | X | |
| **Case Paper Company, Inc.** **900 W 45ht Street** **Chicago, IL 60609** | | | | | | | | | Unknown |
| Account No. | | - | | | Corporate Debt for Mallard Press, Inc. | X | | X | |
| **CDW Computer Centers, Inc.** **P. O. Box 75723** **Chicago, IL 60675** | | | | | | | | | Unknown |
| Account No. | | - | | | Corporate Debt for Mallard Press, Inc. | X | | X | |
| **Champion Container** **430 Wrightwood** **Elmhurst, IL 60126** | | | | | | | | | Unknown |
| Account No. xxxx-xxxx-xxxx-7739 | | - | | | Opened 5/01/04 Last Active 9/09/09 Corporate Debt for Mallard Press, Inc. | X | | X | |
| **Chase** **800 Brooksedge Blv** **Westerville, OH 43081** | | | | | | | | | Unknown |
| Account No. | | | | | Representing: Chase | | | | Notice Only |
| **Cardmember Service** **P.O. Box 15153** **Wilmington, DE 19886-5153** | | | | | | | | | |

Sheet no. __13__ of __73__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stuart David Cox,**
**Andrea L Cox**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxxxxx0060** | | | | | Opened 12/01/06 Last Active 9/22/09 Corporate Debt for Mallard Press, Inc. | | | | |
| **Chase** **800 Brooksedge Blv** **Westerville, OH 43081** | - | | | | | X | | X | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | Representing: Chase | | | | |
| **Cardmember Service** **P.O. Box 15298** **Wilmington, DE 19850-5298** | | | | | | | | | **Notice Only** |
| Account No. | | | | | Representing: Chase | | | | |
| **Chase Card Services** **P.O. Box 659409** **San Antonio, TX 78265** | | | | | | | | | **Notice Only** |
| Account No. **xxxx-xxxx-xxxx-5970** | | | | | Opened 2/01/06 Last Active 9/18/09 Corporate Debt for Mallard Press, Inc. | | | | |
| **Chase** **Bank One Card Serv** **Westerville, OH 43081** | - | | | | | X | | X | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | Representing: Chase | | | | |
| **Cardmember Service** **P.O. Box 15153** **Wilmington, DE 19886-5153** | | | | | | | | | **Notice Only** |

Sheet no. __14__ of __73__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stuart David Cox,**
       **Andrea L Cox**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | |
| Account No. | | | | | | Representing: Chase | | | | Notice Only |
| **Chase Card Services** **P.O. Box 659409** **San Antonio, TX 78265** | | | | | | | | | | |
| Account No. | | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Chemical Lubricants Company** **P. O. Box 764** **Geneva, IL 60134** | - | | | | | | X | | X | Unknown |
| Account No. | | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Chicago Cutting Die** **3555 Woodhead Drive** **Northbrook, IL 60062** | - | | | | | | X | | X | Unknown |
| Account No. | | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Chicago Financial Ventures** **276 Harding** **Grayslake, IL 60030** | - | | | | | | X | | X | Unknown |
| Account No. | | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Chicago Glue Machine** **750 N. Baker Drive** **Itasca, IL 60143** | - | | | | | | X | | X | Unknown |

Sheet no. __15__ of __73__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Stuart David Cox,**
**Andrea L Cox**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Chicago Laminating Inc.** **125 Weller Road** **Arlington Heights, IL 60005** | - | | | X | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Chicago Steel & Wire Corp.** **P.O. Box 7038** **Dept 129** **Indianapolis, IN 46207** | - | | | X | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Chiltec, Inc.** **3645 Morton Ave** **Brookfield, IL 60513** | - | | | X | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Chirstopher Saternus** **102 W. Emmeson Street** **Arlington Heights, IL 60005** | - | | | X | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Cindy Marquardt** **454 Yorkshire** **Bolingbrook, IL 60440** | - | | | X | | X | |
| | | | | | | | **Unknown** |

Sheet no. __16__ of __73__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Stuart David Cox,**
**Andrea L Cox**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | - | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Cintas First Aid & Safety** **1870 Brummel Drive** **Elk Grove Village, IL 60007** | | | | X | | X | |
| | | | | | | | **Unknown** |
| Account No. **xxxx-xxxx-xxxx-0124** | - | | Opened 7/01/05 Last Active 9/15/09 Corporate Debt for Mallard Press, Inc. | | | | |
| **Citi** **P.o. Box 6500** **Sioux Falls, SD 57117** | | | | X | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | Representing: Citi | | | | |
| **Citi Cards** **PO Box 688901** **Des Moines, IA 50368-8901** | | | | | | | **Notice Only** |
| Account No. | | | Representing: Citi | | | | |
| **Citibank South Dakota, N.A.** **PO Box 140310** **Toledo, OH 43614** | | | | | | | **Notice Only** |
| Account No. | | | Representing: Citi | | | | |
| **United Collection Bureau, Inc.** **5620 Southwyck Blvd - Suite 206** **Toledo, OH 43614** | | | | | | | **Notice Only** |

Sheet no. __17__ of __73__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Stuart David Cox,**
**Andrea L Cox**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Citi Gold Card P.O. Box 688913 Des Moines, IA 50368 | - | | | | | X | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Cleveland Folder Service co. 701 S. LaSalle Street Chicago, IL 60605 | - | | | | | X | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| CMB Printing 15W700 79th St Unit 4 Willowbrook, IL 60527 | - | | | | | X | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Comcast P.O. Box 3001 Southeastern, PA 19398 | - | | | | | X | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Commonwealth Edison Company P.O. Box 6111 Carol Stream, IL 60197 | - | | | | | X | | X | |
| | | | | | | | | | Unknown |

Sheet no. __18__ of __73__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Stuart David Cox,**
**Andrea L Cox**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| CommTechics, Inc. 489 Spring Road Elmhurst, IL 60126 | - | | | | | X | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Compugraphic Corporation 1605 Penny Lane Schaumburg, IL 60173 | - | | | | | X | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Conpac 1201 W. Remmington Rd. Romeoville, IL 60446 | - | | | | | X | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Continental Datalabel 1855 Fox Lane Elgin, IL 60123 | - | | | | | X | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Continental Packaging Inc. 1228 Remington Road Schaumburg, IL 60173 | - | | | | | X | | X | |
| | | | | | | | | | Unknown |

Sheet no. __19__ of __73__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stuart David Cox,**
     **Andrea L Cox**
                                                **Debtors**

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Cooke Embossing** **P.O. Box 88502** **Chicago, IL 60680** | - | | | | X | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Copy Master Video Inc** **711 E. Fairfield Avenue** **Villa Park, IL 60181** | - | | | | X | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Corley Printing** **3777 Rider Trail South** **Earth City, MO 63045** | - | | | | X | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **CounterPoint** **6355 Sunset Corporate Drive** **Las Vegas, NV 89120** | - | | | | X | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **CPI Office Products** **11111 Zodiac Lane** **Dallas, TX 75229** | - | | | | X | | X | |
| | | | | | | | | **Unknown** |

Sheet no. __20__ of __73__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stuart David Cox,**
       **Andrea L Cox**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Creekside Printing** **1175 Davis Road** **Elgin, IL 60123** | | - | | | X | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Cross Points, Inc.** **1110 Heinz Drive, Unit E** **Dundee, IL 60118** | | - | | | X | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Crouse Cartage Company** **9350 W. Joliet Road** **Hodgekins, IL 60525** | | - | | | X | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Crystal Clear Graphics** **1506 Roth Drive** **Joliet, IL 60431** | | - | | | X | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Curtis Graphics Coporation** **1702 Ogden Ave** **Lisle, IL 60532** | | - | | | X | | X | |
| | | | | | | | | **Unknown** |

Sheet no. __21__ of __73__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Stuart David Cox,**
　　　**Andrea L Cox**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Custom Graphics** **1740 Molitor** **Aurora, IL 60505** | - | | | | | X | | X | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Cytela Communications Inc** **P.O. Box 502677** **San Diego, CA 92150** | - | | | | | X | | X | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **D&K International, Inc** **P.O. Box 95167** **Palatine, IL 60095** | - | | | | | X | | X | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **DAK Services, Inc.** **1153 Lee Street** **Suite 252** **Des Plaines, IL 60016** | - | | | | | X | | X | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Data Book Services, Inc** **5520 McDermott Drive** **Berkeley, IL 60163** | - | | | | | X | | X | |
| | | | | | | | | | **Unknown** |

Sheet no. __22__ of __73__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stuart David Cox,**
  **Andrea L Cox**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | - | | Corporate Debt for Mallard Press, Inc. | X | | X | |
| **Digital Data Solutions, Inc.** **7678 McEwen Road** **Centerville, OH 45459** | | | | | | | | **Unknown** |
| Account No. | | - | | Corporate Debt for Mallard Press, Inc. | X | | X | |
| **Digital Printing/Total Graphic** **213 Eisenhower Lane So.** **Lombard, IL 60148** | | | | | | | | **Unknown** |
| Account No. xxxxxxxx9650 | J | | | Opened 1/01/87 Last Active 10/14/09 Credit card purchases plus accrued interest | | | | |
| **Discover Fin Svcs Llc** **Po Box 15316** **Wilmington, DE 19850** | | | | | | | | **8,115.00** |
| Account No. xxxx-xxxx-xxxx-5471 | H | | | Opened 12/01/01 Last Active 9/18/09 Credit card purchases plus accrued interest | | | | |
| **Discover Fin Svcs Llc** **Po Box15316** **Wilmington, DE 19850** | | | | | | | | **7,709.86** |
| Account No. | | - | | Corporate Debt for Mallard Press, Inc. | X | | X | |
| **Distribution Technologies Inc** **P.O. Box 1130** **Bolingbrook, IL 60440** | | | | | | | | **Unknown** |

Sheet no. __23__ of __73__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**15,824.86**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Stuart David Cox,**
     **Andrea L Cox**

Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | |
| Account No. | | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| DKL & Co. 300 Knightbridge Pkwy Lincolnshire, IL 60069 | - | | | | | | X | | X | |
| | | | | | | | | | | Unknown |
| Account No. | | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Docu-Shred 125 Prarie Drive Suite 2 Westmont, IL 60559 | - | | | | | | X | | X | |
| | | | | | | | | | | Unknown |
| Account No. | | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Domestic Uniform Rental 4131 N. Ravenswood Chicago, IL 60613 | - | | | | | | X | | X | |
| | | | | | | | | | | Unknown |
| Account No. | | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Don & Associates, Inc. 427 Lively Boulevard Elk Grove Village, IL 60007 | - | | | | | | X | | X | |
| | | | | | | | | | | Unknown |
| Account No. | | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Downers Grove Ares Chamber of Comme 2001 Butterfield Rd. Suite 105 Downers Grove, IL 60515 | - | | | | | | X | | X | |
| | | | | | | | | | | Unknown |

Sheet no. __24__ of __73__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

5/12/10 2:41PM

B6F (Official Form 6F) (12/07) - Cont.

In re **Stuart David Cox,**
**Andrea L Cox**                                                           Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **DRW Press Services** **7207 Olde Salem Circle** **Hanover Park, IL 60133** | - | | | | | X | | X | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **DTI Warehouse Don't Pay Dave** **P.O. Box 1130** **Bolingbrook, IL 60440** | - | | | | | X | | X | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Dynamic Graphics, Inc.** **6000 N Forest Park** **Peoria, IL 61614** | - | | | | | X | | X | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **E. Greene & Company** **P.O. box 1017** **Fairfield, NJ 07007** | - | | | | | X | | X | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **E.R.C. Delivery Service** **481 w. Fullerton** **Elmhurst, IL 60126** | - | | | | | X | | X | Unknown |

Sheet no. __25__ of __73__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Stuart David Cox,**
    **Andrea L Cox**
                                    ,
                           Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Ed Regan Printing Machinery Movers** **2499 N. 900 W** **Rensselaer, IN 47978** | - | | | | | X | | X | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **EFI, inc.** **PO Box 60000** **San Francisco, CA 94160** | - | | | | | X | | X | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Egghead Software** **17W400 22nd Street** **Oakbrook Terrace, IL 60181** | - | | | | | X | | X | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Electrolux Sales & Service** **5704 Madison St** **C/O Roger Legner** **Hinsdale, IL 60521** | - | | | | | X | | X | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Embassy Coffee Service** **3175 MacArthur Blvd** **Northbrook, IL 60062** | - | | | | | X | | X | |
| | | | | | | | | | **Unknown** |

Sheet no. __26__ of __73__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Stuart David Cox,**
      **Andrea L Cox**
                                                 ,

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Ennis Business Forms P.O. Box 107027 Atlanta, GA 30348 | - | | | | | X | | X | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Enstrom's Candies PO Box 1088 Grand Junction, CO 81502 | - | | | | | X | | X | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Equus Financial Corporation 190 James Street Barrington, IL 60010 | - | | | | | X | | X | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Erland's Electrical 1805 Pickwick Glenview, IL 60025 | - | | | | | X | | X | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Evcor 605 N. Broadway Aurora, IL 60505 | - | | | | | X | | X | Unknown |

Sheet no. __27__ of __73__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Stuart David Cox,**
**Andrea L Cox**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Excellent Bindery** **500 Eastern Ave** **Bensenville, IL 60106** | - | | | | X | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Executive Life Insurance Co** **11444 W. Olympic Blvd** **Los Angeles, CA 90064** | - | | | | X | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Express Technologies, Inc** **137 W. Muhammed Ali, Lower Level 1** **Louisville, KY 40202** | - | | | | X | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Family Shopper Publications** **P.O. Box 667** **Hillside, IL 60162** | - | | | | X | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Federal Express Corporation** **P.O. Box 94515** **Palatine, IL 60094** | - | | | | X | | X | |
| | | | | | | | | Unknown |

Sheet no. __28__ of __73__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Stuart David Cox,**
        **Andrea L Cox**

Case No. _____

_____,
                                                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Finishing Plus, Inc** **1092 Momentum Place** **Chicago, IL 60689** | - | | | | | X | | X | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Fisher Printing inc** **8640 South Oketo** **Bridgeview, IL 60455** | - | | | | | X | | X | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Flexible Packaging Sys, Inc.** **701 Lee Street** **Elk Grove Village, IL 60007** | - | | | | | X | | X | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Flexo Concepts** **11 Raffaele Road** **Plymouth, MA 02360** | - | | | | | X | | X | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Folder Express** **11616 "I" Street** **Omaha, NE 68137** | - | | | | | X | | X | |
| | | | | | | | | | **Unknown** |

Sheet no. __29__ of __73__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Stuart David Cox,**
        **Andrea L Cox**

Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Fordon Press** **1435 Twelfth Street** **Waukegan, IL 60085** | - | | | | | X | | X | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Fore Way Express** **204 South Bellis St** **PO Box 8011** **Wausau, WI 54402** | - | | | | | X | | X | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Forest Envelope** **1958 University Lane** **Lisle, IL 60532** | - | | | | | X | | X | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Forest Printing, Inc** **7214 W. Madison St** **Forest Park, IL 60130** | - | | | | | X | | X | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Frances Landfear** **7224 w. 60th** **Summit Argo, IL 60501** | - | | | | | X | | X | |
| | | | | | | | | | **Unknown** |

Sheet no. __**30**__ of __**73**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Stuart David Cox,**
        **Andrea L Cox**                                                    Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Freund Can Company** **155 W. 84th Street** **Chicago, IL 60620** | - | | | X | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Fujifilm Graphics System USA** **Dpet CH 10764** **Palatine, IL 60055** | - | | | X | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **G H Printing** **5207 Walnut Ave** **Downers Grove, IL 60515** | - | | | X | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Gamma Photo Labs** **500 N Mannheim Road** **Hillside, IL 60162** | - | | | X | | X | |
| | | | | | | | **Unknown** |
| Account No. xxxx-xxxx-xxxx-3280 | | | Opened 1/01/05 Last Active 9/20/09 Credit card purchases plus accrued interest | | | | |
| **GE Mongram Bank / JC Penney Dc** **Attn: Bankruptcy** **Po Box 103106** **Roswell, GA 30076** | | J | | | | | |
| | | | | | | | **3,559.44** |

Sheet no. __31__ of __73__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,559.44**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Stuart David Cox,**
**Andrea L Cox**

Case No. _____

Debtors
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Representing: | | | | |
| **JCPenney** **PO Box 960090** **Orlando, FL 32896-0090** | | | | **GE Mongram Bank / JC Penney Dc** | | | | **Notice Only** |
| Account No. | | | | liability for corporate loan | | | | |
| **General Electic** **c/o Reed Smith LP** **10 S. Wacker  ste 4000** **Chicago, IL 60606** | J | | | | X | X | | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Graphic Arts Finishing Co.** **1990 N. Mannheim** **Melrose Park, IL 60160** | - | | | | X | X | | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Graphic Arts Service** **333 W. St Charles Road** **Villa Park, IL 60181** | - | | | | X | X | | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Graphic Color Corporation** **750 Arthur ave** **Elk Grove Village, IL 60007** | - | | | | X | X | | |
| | | | | | | | | **Unknown** |

Sheet no. __32__ of __73__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stuart David Cox,**
       **Andrea L Cox**

Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Graphic Converting Inc 4500 Division St Chicago, IL 60651 | - | | | | | X | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Graphic III Papers, Inc. 305 Eisenhower Lane South Lombard, IL 60148 | - | | | | | X | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Graphic Plus, Inc. 1808 Ogden Ave Lisle, IL 60532 | - | | | | | X | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Graphics 2000 143. S Cass Ave Westmont, IL 60559 | - | | | | | X | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Graphics Arts Equipment Co. 65 E Palatine Road, Suite 203 Prospect Heights, IL 60070 | - | | | | | X | | X | |
| | | | | | | | | | Unknown |

Sheet no. __33__ of __73__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Stuart David Cox,**
         **Andrea L Cox**                                                              Case No. _____

_____,
                                              Debtors
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Graphix Laminating, LLC** **6185 Conchran Rd** **Solon, OH 44139** | - | | | | | X | | X | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Grayarc Company LLC** **P O Box 38480** **Louisville, KY 40233** | - | | | | | X | | X | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Great American Ins Co.** **580 Walnut Street** **Cincinnati, OH 45202** | - | | | | | X | | X | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Great Lakes Prtg Equip Corp** **29 E Chicago Ave** **Westmont, IL 60559** | - | | | | | X | | X | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Greatbank** **234 South Randall Road** **Algonquin, IL 60102** | - | | | | | X | | X | |
| | | | | | | | | | **Unknown** |

Sheet no. __34__ of __73__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)                        **0.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Stuart David Cox,**
**Andrea L Cox**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **GREP International** **8828 Gleneagles Lane** **Darien, IL 60561** | - | | | | | X | | X | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Ground Hawg** **2114 S Wolf Rd** **Des Plaines, IL 60018** | - | | | | | X | | X | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Gummed Papers of America** **8740 W. 50th Street** **La Grange, IL 60525** | - | | | | | X | | X | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **H & H Graphics** **6980 N Central Park Ave** **Lincolnwood, IL 60712** | - | | | | | X | | X | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **H+W Graphics** **2649 Gardner Road** **Maywood, IL 60153** | - | | | | | X | | X | Unknown |

Sheet no. __35__ of __73__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Stuart David Cox,**
**Andrea L Cox**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **H5 Solutions** **614 N Iowa** **Villa Park, IL 60181** | - | | | | | X | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Handschy Industries** **2525 Elston Ave** **Chicago, IL 60647** | - | | | | | X | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Hanley Graphic Products Co** **900 W Thorndale** **Itasca, IL 60143** | - | | | | | X | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Hanley Manufacturing** **11400 Melrose Street** **Franklin Park, IL 60131** | - | | | | | X | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Harris Bank - Hinsdale** **50 S. Lincoln Street** **Hinsdale, IL 60521** | - | | | | | X | | X | |
| | | | | | | | | | Unknown |

Sheet no. __36__ of __73__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Stuart David Cox,**
**Andrea L Cox**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Harris Bank Rolling Meadows** **5225 Kirchoff Road** **Rolling Meadows, IL 60008** | - | | | | X | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **James Crowley** **Crowley & Lamb** **350 N. LaSalle #900** **Chicago, IL 60654** | | | | Representing: **Harris Bank Rolling Meadows** | | | | **Notice Only** |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Harris Graphics** **Department L107P** **Pittsburgh, PA 15264** | - | | | | X | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Hartford Fire Insurance Co.** **PO Box 2907** **West Hartford, CT 06107** | - | | | | X | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Hayker & Associates** **PO Box 8093** **Woodridge, IL 60517** | - | | | | X | | X | |
| | | | | | | | | **Unknown** |

Sheet no. __37__ of __73__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stuart David Cox,**                                                      Case No. _____
       **Andrea L Cox**

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Heat Engineering Co. 6500 Joliet Road Countryside, IL 60525** | - | | | | | X | | X | **Unknown** |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Heat Engineering Co. 6500 Joliet Road Clarendon Hills, IL 60525** | - | | | | | X | | X | **Unknown** |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Heidelberg USA, Inc. PO Box 845180 Dallas, TX 75284** | - | | | | | X | | X | **Unknown** |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Heritage House Florist 5109 Main Street Downers Grove, IL 60515** | - | | | | | X | | X | **Unknown** |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Hi-Tech Automotive 739 Fullerton Addison, IL 60101** | - | | | | | X | | X | **Unknown** |

Sheet no. __38__ of __73__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stuart David Cox,**
      **Andrea L Cox**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **High Quality Clear-Up Systems** **236 Flora** **Glenview, IL** | - | | | | | X | | X | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Hinckley Springs** **PO Box 660579** **Dallas, TX 75266** | - | | | | | X | | X | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Hinsdale Bank & Trust Company** **25 E First St** **Hinsdale, IL 60521** | - | | | | | X | | X | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Hinsdale Flower Shop** **17 W First St** **Hinsdale, IL 60521** | - | | | | | X | | X | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Hinsdale Sanitary District** **6975 Commonwealth Ave** **Hinsdale, IL 60521** | - | | | | | X | | X | Unknown |

Sheet no. __39__ of __73__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Stuart David Cox,**
         **Andrea L Cox**                                                    Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Holstein's Garage** **309 W Front St** **Wheaton, IL 60187** | C | | | | | X | | X | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Holum and Sons Co. Inc** **740 N. Burr Oak Drive** **Westmont, IL 60559** | - | | | | | X | | X | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Home Depot Credit Services** **PO Box 6029** **The Lakes, NV 88901** | - | | | | | X | | X | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Hopkins Custom Index Tabs** **511 e Pine St** **Bensenville, IL 60106** | - | | | | | X | | X | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Hopkins Mailing Service** **758 Raquet Club** **Addison, IL 60101** | - | | | | | X | | X | |
| | | | | | | | | | **Unknown** |

Sheet no. __**40**__ of __**73**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                          **0.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Stuart David Cox,**
      **Andrea L Cox**
_____,
              Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Howlan, Inc.** **550 Northgate Parkway** **Wheeling, IL 60090** | - | | | | | X | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **IKON Financial Services** **1738 Bass Road** **Macon, GA 31210** | - | | | | | X | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **IKON Office Solutions** **PO box 802815** **Chicago, IL 60680** | - | | | | | X | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Illinois Bell Telephone Co** **Remittance Processing** **Chicago, IL 60665** | - | | | | | X | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Illinois Chamber of Commerce** **PO Box 19258** **Springfield, IL 62794** | - | | | | | X | | X | |
| | | | | | | | | | Unknown |

Sheet no. __41__ of __73__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Stuart David Cox,**
         **Andrea L Cox**

Case No. _____

_____,
                                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Interlake Packaging** **4225 Frontage Road** **Oak Forest, IL 60452** | - | | | | | X | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **International Filing Company** **PO Box 8500** **Philadelphia, PA 19101** | - | | | | | X | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **International Label & Printing** **2550 United Lane** **Elk Grove Village, IL 60007** | - | | | | | X | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **International Mail Service** **692 S 8th St,** **Suite A** **Kalamazoo, MI 49009** | - | | | | | X | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Interstate Batteries** **926 N Oaklawn Ave** **Elmhurst, IL 60126** | C | | | | | X | | X | |
| | | | | | | | | | Unknown |

Sheet no. __42__ of __73__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stuart David Cox,**
**Andrea L Cox**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Intra-Cut Diecutting** **5559 N Northwest Highway** **Chicago, IL 60630** | - | | | | | X | | X | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **IOS Capital** **1738 Bass Road** **Macon, GA 31210** | - | | | | | X | | X | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Iroquois Products** **2220 West 56th St** **Chicago, IL 60636** | - | | | | | X | | X | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Jet Litho Color, Inc.** **PO Box 674141** **Detroit, MI 48267** | - | | | | | X | | X | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Johnathan Curran** **5346 Grand Ave** **Downers Grove, IL 60515** | - | | | | | X | | X | Unknown |

Sheet no. __43__ of __73__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Stuart David Cox,**
     **Andrea L Cox**
                                       ,
                          Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.<br><br>**Johnson Steel Rule & Die**<br>**5410 W. Roosevlet Road**<br>**#228**<br>**Chicago, IL 60644** | - | | | | **Corporate Debt for Mallard Press, Inc.** | X | | X | Unknown |
| Account No.<br><br>**Jorson & Carlson Co, Inc.**<br>**PO Box 796**<br>**Elk Grove Village, IL 60009** | - | | | | **Corporate Debt for Mallard Press, Inc.** | X | | X | Unknown |
| Account No.<br><br>**Juan Regalado**<br>**387 N Pinecrest**<br>**Bolingbrook, IL 60440** | - | | | | **Corporate Debt for Mallard Press, Inc.** | X | | X | Unknown |
| Account No.<br><br>**KBA North America**<br>**PO Box 900**<br>**Williston, VT 05495** | - | | | | **Corporate Debt for Mallard Press, Inc.** | X | | X | Unknown |
| Account No.<br><br>**Kevron Printing and Design**<br>**10005 S. Harlem Ave**<br>**Chicago Ridge, IL 60515** | - | | | | **Corporate Debt for Mallard Press, Inc.** | X | | X | Unknown |

Sheet no. __44__ of __73__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stuart David Cox,**
**Andrea L Cox**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Komori America Corporation** **Dept LA 23266** **Pasadena, CA 91185** | - | | | X | | X | Unknown |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Lancer Label** **4900 G Street** **Omaha, NE 68106** | - | | | X | | X | Unknown |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Lindenmyer Munroe** **112 Alexandra Way** **Carol Stream, IL 60188** | C | | | X | | X | Unknown |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Lingraph Packaging Services** **15 N. Brandon Drive** **Glendale Heights, IL 60139** | - | | | X | | X | Unknown |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **M2 Graphics** **420 E. 13th Street** **Lockport, IL 60441** | - | | | X | | X | Unknown |

Sheet no. __45__ of __73__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Stuart David Cox,**
      **Andrea L Cox**

Case No. _____

                                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Maria Mikulski** **164 Forest Glen** **Wood Dale, IL 60191** | - | | | | X | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Mary Oskroba** **6114 Green** **Woodridge, IL 60517** | - | | | | X | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **McGary Studio** **2181 Baker Street** **Aurora, IL 60506** | - | | | | X | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Michael Midona** **16853 Charleston Circle** **Lockport, IL 60441** | - | | | | X | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Midwest Ink. Co** **2701 S. 12th Ave** **Broadview, IL 60155** | - | | | | X | | X | |
| | | | | | | | | **Unknown** |

Sheet no. __**46**__ of __**73**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Stuart David Cox,**
**Andrea L Cox**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Midland Paper Company** **1140 Paysphere Circle** **Chicago, IL 60671** | - | | | | X | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Midwest Printing Services** **200 King Street** **Elk Grove Village, IL 60007** | - | | | | X | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Milpak Graphics, Inc.** **2880 Big Oak Dr.** **PO Box 490** **King, NC 27021** | - | | | | X | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **MKL Pre-Press Electronics** **941 Estes Court** **Schaumburg, IL 60193** | - | | | | X | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **MSS Internet** **478 Pennsylvania Ave** **Glen Ellyn, IL 60137** | - | | | | X | | X | |
| | | | | | | | | **Unknown** |

Sheet no. __47__ of __73__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Stuart David Cox,**
      **Andrea L Cox**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **National Binding** **350 Smoke Tree Bus Park** **North Aurora, IL 60542** | - | | | X | | X | |
| | | | | | | | Unknown |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Navitor** **1625 Roe Crest Drive** **PO Box 8625** **Mankato, MN 56003** | - | | | X | | X | |
| | | | | | | | Unknown |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **New Century Imaging, Inc.** **9400 Lueline Ave** **Chatsworth, CA 91311** | - | | | X | | X | |
| | | | | | | | Unknown |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **O'Brien & Associates, P.C.** **1900 Spring Road** **Suite 501** **Oak Brook Terrace, IL 60523** | - | | | X | | X | |
| | | | | | | | Unknown |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Oliva & Sons** **317 W. Madison** **Maywood, IL 60153** | - | | | X | | X | |
| | | | | | | | Unknown |

Sheet no. __48__ of __73__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Stuart David Cox,**
**Andrea L Cox**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | |
| Account No. | | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Orbus** **380 Beterans Parkway** **Bolingbrook, IL 60440** | - | | | | | | X | | X | |
| | | | | | | | | | | **Unknown** |
| Account No. | | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Outsource Bindery** **2487 S. Wolf Road** **Des Plaines, IL 60018** | - | | | | | | X | | X | |
| | | | | | | | | | | **Unknown** |
| Account No. | | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Outsource Bindery** **2487 S. Wolf Road** **Des Plaines, IL 60018** | - | | | | | | X | | X | |
| | | | | | | | | | | **Unknown** |
| Account No. | | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **PACUR** **3555 Moser St.** **Oshkosh, WI 54901** | - | | | | | | X | | X | |
| | | | | | | | | | | **Unknown** |
| Account No. | | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Peel & Stik** **10720 Beaudin Blvd** **Unit B** **Woodridge, IL 60517** | - | | | | | | X | | X | |
| | | | | | | | | | | **Unknown** |

Sheet no. __49__ of __73__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **Stuart David Cox,**
     **Andrea L Cox**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx6830** <br><br> **Peoples Bk Credit Card Services** <br> **Attn: Bankruptcy** <br> **Po Box 7092 Rccb 0680** <br> **Bridgeport, CT 06601** | | J | **Opened 3/01/02 Last Active 9/18/09** <br> **Credit card purchases plus accrued interest** | | | | **10,088.00** |
| Account No. <br><br> **Credit Card Services** <br> **PO Box 42010** <br> **KY 42010** | | | **Representing:** <br> **Peoples Bk Credit Card Services** | | | | **Notice Only** |
| Account No. <br><br> **Rbs Citizens NA** <br> **1000 Lafayette Blvd** <br> **Bridgeport, CT 06604** | | | **Representing:** <br> **Peoples Bk Credit Card Services** | | | | **Notice Only** |
| Account No. <br><br> **RBS Credit Card Services** <br> **PO Box 7092** <br> **Bridgeport, CT 06601** | | | **Representing:** <br> **Peoples Bk Credit Card Services** | | | | **Notice Only** |
| Account No. <br><br> **Phoenix Trucking** <br> **PO Box 7842** <br> **Westchester, IL 60154** | - | | **Corporate Debt for Mallard Press, Inc.** | X | | X | **Unknown** |

Sheet no. __**50**__ of __**73**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**10,088.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stuart David Cox,**
**Andrea L Cox**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Physician's Record Company 3000 S. Ridgeland Berwyn, IL 60402 | - | | | | X | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Pitman Company 2001 W. 19th St. Broadview, IL 60155 | - | | | | X | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Platinum Covering, Inc. 851 Expressway Drive Itasca, IL 60143 | - | | | | X | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| PressSense PO Box 725 Lemont, IL 60439 | - | | | | X | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Prima Graphics 2461 Larsen Road PO Box 11095 Green Bay, WI 54307 | - | | | | X | | X | |
| | | | | | | | | Unknown |

Sheet no. __51__ of __73__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Stuart David Cox,**
    **Andrea L Cox**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Print Smart**<br>**3024 W. Hobson Road**<br>**Woodridge, IL 60517** | - | | | X | | X | Unknown |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Printing Industry of Illinois**<br>**70 E Lake Street**<br>**#540**<br>**Chicago, IL 60601** | - | | | X | | X | Unknown |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **QuadGraphics**<br>**3026 W 76th Street**<br>**Woodridge, IL 60517** | - | | | X | | X | Unknown |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Quality Fold**<br>**Attn: Bill**<br>**1560 Howard St**<br>**Elk Grove Village, IL 60007** | - | | | X | | X | Unknown |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Quantum Coatings Inc**<br>**1337 N. Wood Branch Dr**<br>**Charlotte, NC 28273** | - | | | X | | X | Unknown |

Sheet no. __52__ of __73__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Stuart David Cox,**
      **Andrea L Cox**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Quick Delivery Services** **632 Pratt Avenue North** **Schaumburg, IL 60193** | - | | | | | X | | X | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Quick Tabs, Inc** **81 W. 61st Street** **Westmont, IL 60559** | - | | | | | X | | X | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | any claims of Mallard Press | | | | |
| **Rally Capital -- The Mallard Press** **350 N. LaSalle Street  #1100** **Chicago, IL 60601** | J | | | | | | X | X | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Reed Business Information** **PO Box 2087** **Carol Stream, IL 60132** | - | | | | | X | | X | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Reed-Rite/Reliable Label** **1427 Centre Circle Drive** **Downers Grove, IL 60515** | - | | | | | X | | X | |
| | | | | | | | | | **Unknown** |

Sheet no. __53__ of __73__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stuart David Cox,**
      **Andrea L Cox**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Regency Thermographers of ILL 343 W Erie Street Chicago, IL 60610 | - | | | | X | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Rickard Bindery 325 N Ashland ave Chicago, IL 60607 | - | | | | X | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| RK Systems 150 Schuyler Street Kankakee, IL 60901 | - | | | | X | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Roosevelt Paper 11001 Paper Blvd Richwood, KY 41094 | - | | | | X | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| RPG Graphics 1410 Cleveland Avenue La Grange, IL 60525 | - | | | | X | | X | |
| | | | | | | | | Unknown |

Sheet no. __54__ of __73__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stuart David Cox,**
       **Andrea L Cox**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **RPR Graphics, Inc.** **1407 Centre Circle** **Downers Grove, IL 60515** | - | | | | | X | | X | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Rudd Container Corporation** **4600 Sout Kolin St.** **Chicago, IL 60632** | - | | | | | X | | X | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Rush Graphics** **1165 Jansen Farm Ct** **Elgin, IL 60123** | - | | | | | X | | X | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Rydin Decal** **700 Phoenix Lake Avenue** **Streamwood, IL 60107** | - | | | | | X | | X | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **S. I. Industries** **PO Box 742** **Watertown, WI 53094** | - | | | | | X | | X | Unknown |

Sheet no. __55__ of __73__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stuart David Cox,**
　　　**Andrea L Cox**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | - | | Corporate Debt for Mallard Press, Inc. | | | | |
| Sacramento Printing Company 506 W. Wrightwood Ave Elmhurst, IL 60126 | | | | | | X | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | - | | Corporate Debt for Mallard Press, Inc. | | | | |
| Sam's Club PO Box 530970 Atlanta, GA 30353 | | | | | | X | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | - | | Corporate Debt for Mallard Press, Inc. | | | | |
| Same Day PO Box 142 Elmhurst, IL 60126 | | | | | | X | | X | |
| | | | | | | | | | Unknown |
| Account No. xxxxxxxx6439 | | | J | | Opened 2/01/07 Last Active 9/03/09 Credit card purchases plus accrued interest | | | | |
| Sams Club Attention: Bankruptcy Department Po Box 103104 Roswell, GA 30076 | | | | | | | | | |
| | | | | | | | | | 84.00 |
| Account No. | | | | | | | | | |
| GE Money Bank PO Box 981064 El Paso, TX 79998-1064 | | | | | Representing: Sams Club | | | | Notice Only |

Sheet no. __56__ of __73__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

84.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Stuart David Cox,**
**Andrea L Cox**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Representing: Sams Club | | | | |
| **Sam's Club** **P.O. Box 530970** **Atlanta, GA 30353-0970** | | | | | | | | | **Notice Only** |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **SBI** **1100 West Touhy Ave** **Elk Grove Village, IL 60007** | - | | | | | X | X | | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Schlesinger Machinery, Inc.** **820 Maple Lane** **Bensenville, IL 60106** | - | | | | | X | X | | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **SCREEN** **PO Box 3235** **Church Street Station** **New York, NY 10008** | - | | | | | X | X | | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **SEASPAR** **4500 Belmont Road** **Downers Grove, IL 60515** | - | | | | | X | X | | |
| | | | | | | | | | **Unknown** |

Sheet no. __57__ of __73__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Stuart David Cox,**
     **Andrea L Cox**
                                                                Case No. _____
_____,
                                                Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **SEKO Messenger Svc** **PO Box 5037** **Chicago, IL 60680** | - | | | | | X | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Shell Oil Company** **PO Box 183019** **Columbus, OH 43218** | - | | | | | X | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Sign-A-Rama** **2223 Ogden Ave #2** **Downers Grove, IL 60515** | - | | | | | X | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Skyline Technical Service** **PO Box 299** **Oak Forest, IL 60452** | - | | | | | X | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Small Business Accounting Services** **700 Commerce Drive** **Oak Brook, IL 60523** | - | | | | | X | | X | |
| | | | | | | | | | Unknown |

Sheet no. __58__ of __73__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Stuart David Cox,**
     **Andrea L Cox**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Smart, Inc** **41W584 U.S. Route 20** **Hampshire, IL 60140** | - | | | X | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Snelling Personnel Services** **2029 Ogden Avenue** **Lisle, IL 60532** | - | | | X | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Specturm Color Corp.** **1536 Brook Drive** **Downers Grove, IL 60515** | - | | | X | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Spiral Binding Company** **835 Bonnie Lane** **Elk Grove Village, IL 60007** | - | | | X | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Spiral of Illinois, Inc.** **4200 W. Wrightwood ave** **Chicago, IL 60639** | - | | | X | | X | |
| | | | | | | | **Unknown** |

Sheet no. __59__ of __73__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Stuart David Cox,**
  **Andrea L Cox**

Case No. _____

_____,
                                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Springfield Computer Systems 4201 Baymeadows Road Jacksonville, FL 32217 | - | | | | | X | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Springfield Computer Systems 1721 North Pearl St Jacksonville, FL 32206 | - | | | | | X | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Sprint PO Box 4181 Carol Stream, IL 60197 | - | | | | | X | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Standard Cartage Company 2400 South 27th Ave Broadview, IL 60155 | - | | | | | X | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Sterling Graphic Supply Inc PO Box 112 Elgin, IL 60121 | - | | | | | X | | X | |
| | | | | | | | | | Unknown |

Sheet no. __60__ of __73__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Stuart David Cox,**
**Andrea L Cox**

Case No. _____

_____ ,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Stoner & Company** **320 Cary Point Drive** **Cary, IL 60013** | - | | | | X | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Suburban Delivery** **6296 Woodward Ave** **Downers Grove, IL 60516** | - | | | | X | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Suburban Door Check** **415 W. Ogden** **Westmont, IL 60559** | - | | | | X | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Suburban Stamp Works** **4111 St. Charles Rd** **Bellwood, IL 60104** | - | | | | X | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Summit Business Products** **1 S. 045 Summit Ave** **Oak Brook Terrace, IL 60181** | - | | | | X | | X | |
| | | | | | | | | Unknown |

Sheet no. __61__ of __73__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Stuart David Cox,**
**Andrea L Cox**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Sun Printing Company** **1500 W Ogden Ave** **Naperville, IL 60540** | - | | | | | X | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Superior Ink** **100 North Street** **Teterboro, NJ 07608** | - | | | | | X | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Supplies Plus, Inc.** **760 N Frontage Road** **Hinsdale, IL 60521** | - | | | | | X | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Sure Tape Ltd** **29 Denton Ave** **New Hyde Park, NY 11040** | - | | | | | X | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **SVI** **PO Box 1750** **Aurora, IL 60507** | - | | | | | X | | X | |
| | | | | | | | | | Unknown |

Sheet no. __62__ of __73__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Stuart David Cox,**
      **Andrea L Cox**

Case No. _____

,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | - | | **Corporate Debt for Mallard Press, Inc.** | X | | X | |
| **Tami Wolak** **24533 Bantry Drive** **Shorewood, IL 60404** | | | | | | | | | **Unknown** |
| Account No. **xxxxx04C3** | | | J | | Opened  9/01/07  Last Active  2/12/09 FactoringCompanyAccount Equus Financial Corporation | | | | |
| **The Cadle Company Ii I** **100 N Center St** **Newton Falls, OH 44444** | | | | | | | | | **32,829.00** |
| Account No. | | | - | | **Corporate Debt for Mallard Press, Inc.** | X | | X | |
| **The Cadle Company II, Inc.** **100 North Center Street** **Newton Falls, OH 44444** | | | | | | | | | **Unknown** |
| Account No. | | | - | | **Corporate Debt for Mallard Press, Inc.** | X | | X | |
| **The Oldham Group** **2056 N. Republic** **Springfield, IL 62702** | | | | | | | | | **Unknown** |
| Account No. | | | - | | **Corporate Debt for Mallard Press, Inc.** | X | | X | |
| **The Ticket Factory** **7034 Darby Avenue** **PO Box 1133** **Reseda, CA 91335** | | | | | | | | | **Unknown** |

Sheet no. __63__ of __73__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**32,829.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Stuart David Cox,**
         **Andrea L Cox**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **The Wall Street Journal** **200 Burnet Road** **Chicopee, MA 01021** | - | | | | X | | X | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **The Winnetka Bank** **791 Elm St.** **Winnetka, IL 60093** | - | | | | X | | X | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Timely Press, Inc.** **694 Veterans Parkway** **Unit H** **Bolingbrook, IL 60440** | - | | | | X | | X | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Titan Adhesive** **PO Box 2776** **Paterson, NJ 07509** | - | | | | X | | X | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Tokyo Ink America, Inc.** **PO Box 94006** **Chicago, IL 60690** | - | | | | X | | X | Unknown |

Sheet no. __**64**__ of __**73**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Stuart David Cox,**
**Andrea L Cox**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Tom Adent** **5250 Olive Branch Road** **Three Oaks, MI 49128** | - | | | | X | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Tompkins Printing** **5050 North Rose Street** **Schiller Park, IL 60176** | - | | | | X | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Too Busy To, Inc** **PO Box 654** **Hinsdale, IL 60522** | - | | | | X | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Total Fire & Safety, Inc.** **6808 Hobson Valley Drive, Unit 105** **Woodridge, IL 60517** | - | | | | X | | | |
| | | | | | | | | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **TR Visuals & Office Supply Co.** **405 S Busse Road** **Elk Grove Village, IL 60007** | - | | | | X | | X | |
| | | | | | | | | Unknown |

Sheet no. __65__ of __73__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Stuart David Cox,**
**Andrea L Cox**
Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Tracer Imaging LLC 20 Harlem Ave Suite 300 White Plains, NY 10603 | - | | | | | X | | X | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Trade Envelopes, Inc. 480 Randy Road Carol Stream, IL 60187 | - | | | | | X | | X | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Transport Service Company 908 North Elm, Suite 101 Hinsdale, IL 60521 | - | | | | | X | | X | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| TRC Enterprises 308 S. Green Valley Drive Naperville, IL 60540 | - | | | | | X | | X | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| TRESU Royse Inc PO Box 612052 Dallas, TX 75261 | - | | | | | X | | X | Unknown |

Sheet no. __66__ of __73__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stuart David Cox,**
**Andrea L Cox**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Tri-State Electrical Service** **Attn: William Campbell** **7130 Beechnut Lane** **Westmont, IL 60559** | - | | | X | | X | |
| | | | | | | | Unknown |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Tri-State Electrical Service** **PO Box 2064** **Westmont, IL 60559** | - | | | X | | X | |
| | | | | | | | Unknown |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Triangle Die** **1436 Louis Bork Drive** **Batavia, IL 60510** | - | | | X | | X | |
| | | | | | | | Unknown |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **TS Graphics** **633 Hitchcock Ave** **Lisle, IL 60532** | - | | | X | | X | |
| | | | | | | | Unknown |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Uarco Incorporated** **PO Box 71660** **Chicago, IL 60694** | - | | | X | | X | |
| | | | | | | | Unknown |

Sheet no. __67__ of __73__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stuart David Cox,**
      **Andrea L Cox**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **ULINE** **Accounts Receivable** **2200 S. Lakeside Drive** **Lombard, IL 60148** | - | | | X | | X | Unknown |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Uniform Graining Corporation** **2120 W. Lake Street** **Chicago, IL 60612** | - | | | X | | X | Unknown |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Unisource** **7472 Collection Center Drive** **Chicago, IL 60693** | - | | | X | | X | Unknown |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **United Parcel Service** **Lockbox 577** **Carol Stream, IL 60132** | - | | | X | | X | Unknown |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Universal Laminating** **560 Territorial Drive** **Bolingbrook, IL 60440** | - | | | X | | X | Unknown |

Sheet no. __68__ of __73__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stuart David Cox,**
　　　　**Andrea L Cox**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. _____

　　　　　　　　　　　　　　　　　　　　　　　　　　Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxxxxxxxxx4816**<br><br>**Unvl/citi**<br>**Attn.: Centralized  Bankruptcy**<br>**Po Box 20507**<br>**Kansas City, MO 64195** | | | J | | **Opened  7/01/04  Last Active  9/15/09**<br>**Credit card purchases plus accrued interest** | | | | **12,280.27** |
| Account No.<br><br>**AT&T Universal**<br>**PO Box 6241**<br>**Sioux Falls, SD 57117** | | | | | **Representing:**<br>**Unvl/citi** | | | | **Notice Only** |
| Account No.<br><br>**Update LTD**<br>**134 Peavey Circle**<br>**Chaska, MN 55318** | - | | | | **Corporate Debt for Mallard Press, Inc.** | X | | X | **Unknown** |
| Account No.<br><br>**UPS Freight**<br>**6633 W. 75th Street**<br>**Chicago, IL 60638** | - | | | | **Corporate Debt for Mallard Press, Inc.** | X | | X | **Unknown** |
| Account No. **xxxxxxxxxxx6252**<br><br>**Us Bank/na Nd**<br>**Attn: Bankruptcy Dept**<br>**Po Box 5229**<br>**Cincinnati, OH 45201** | - | | | | **Opened  5/01/05  Last Active  9/14/09**<br>**Corporate Debt for Mallard Press, Inc.** | X | | X | **Unknown** |

Sheet no. __69__ of __73__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**12,280.27**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stuart David Cox,**
  **Andrea L Cox**
  _____,
  Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**HSBC Retail Services**<br>**PO Box 17602**<br>**Baltimore, MD 21297** | | | **Representing:**<br>**Us Bank/na Nd** | | | | **Notice Only** |
| Account No. <br><br>**HSBC/Menards**<br>**90 Christiana Road**<br>**New Castle, DE 19720** | | | **Representing:**<br>**Us Bank/na Nd** | | | | **Notice Only** |
| Account No. **xxxxxxxx0481**<br><br>**Us Bank/na Nd**<br>**Attn: Bankruptcy Dept**<br>**Po Box 5229**<br>**Cincinnati, OH 45201** | - | | **Opened  5/05/05  Last Active  2/06/06**<br>**Corporate Debt for Mallard Press, Inc.** | X | | X | **Unknown** |
| Account No. <br><br>**US Office Products**<br>**100 N. Gary Ave**<br>**Roselle, IL 60172** | - | | **Corporate Debt for Mallard Press, Inc.** | X | | X | **Unknown** |
| Account No. <br><br>**Veterans Messenger Service**<br>**PO Box 66973**<br>**Slot 302141**<br>**Chicago, IL 60666** | - | | **Corporate Debt for Mallard Press, Inc.** | X | X | X | **Unknown** |

Sheet no. __**70**__ of __**73**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Stuart David Cox,**
**Andrea L Cox**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Village of Hinsdale** **19 E. Chicago Ave** **Hinsdale, IL 60521** | - | | | | | X | | X | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Village of Lombard** **PO Box 6507** **Chicago, IL 60680** | - | | | | | X | | X | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Voegeli Board Sales, Inc** **29 W 150 Butterfield Road** **Warrenville, IL 60555** | - | | | | | X | | X | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Waste Management** **PO Box 4648** **Carol Stream, IL 60197** | - | | | | | X | | X | Unknown |
| Account No. | | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Weiss, Sugar, Dvorek & Dusek** **20 N. Wacker** **Suite 2250** **Chicago, IL 60606** | - | | | | | X | | X | Unknown |

Sheet no. __71__ of __73__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Stuart David Cox,**
        **Andrea L Cox**

Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| WEKO North America, Inc PO Box 170036 896 West St John St Spartanburg, SC 29301 | - | | | | X | | X | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Wells Fargo Equipment Finance NW-8178 PO Box 1450 Minneapolis, MN 55485 | - | | | | X | | X | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Western States Envelope Co. PO Box 2048 Milwaukee, WI 53288 | - | | | | X | | X | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Wetbrook Lock and Key PO Box 7444 Westchester, IL 60154 | - | | | | X | | X | Unknown |
| Account No. | | | | Corporate Debt for Mallard Press, Inc. | | | | |
| Xerox Corporation PO Box 802555 Chicago, IL 60680 | - | | | | X | | X | Unknown |

Sheet no. __72__ of __73__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stuart David Cox,**
       **Andrea L Cox**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **XL Marketing Group, Inc.** **845 Bonnie Lane** **Elk Grove Village, IL 60007** | - | | | X | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | Corporate Debt for Mallard Press, Inc. | | | | |
| **Xpedx** **3568 Solutions Center** **Chicago, IL 60677** | - | | | X | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __73__ of __73__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Total
(Report on Summary of Schedules)

**74,665.57**

B6G (Official Form 6G) (12/07)

In re   **Stuart David Cox,**
    **Andrea L Cox**

Case No. _____

_____,
Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **M & E Retnals**<br>**Evie Wietig**<br>**215 S. Maint Street**<br>**Brillion, WI 54110** | **Lease for new residence at 263 S. Main Street, Brillion, WI 54110 through February 1, 2011.** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6H (Official Form 6H) (12/07)

In re **Stuart David Cox,**
**Andrea L Cox**

Case No. _____

_____,
Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Mallard Press Inc**<br>**c/o Rally Capital - Howard Samuels** | **Hinsdale Bank & Trust Company**<br>**25 East First Street**<br>**Hinsdale, IL 60521** |
| **Mallard Press, Inc.**<br>**335 Eisenhower Lane S.**<br>**Lombard, IL 60148** | |
| **Robert Gay** | |
| **Robert Gay** | **Hinsdale Bank & Trust Company**<br>**25 East First Street**<br>**Hinsdale, IL 60521** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re  **Stuart David Cox**
       **Andrea L Cox**
_____
          Debtor(s)

Case No. _____

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **Daugther** **Daughter** | AGE(S): **3** **8** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Printer** | |
| Name of Employer | **Zander Press, Inc.** | |
| How long employed | **6 months** | |
| Address of Employer | **425 West Ryan Street** **Brillion, WI 54110** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | **2,600.00** | $ | **0.00** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| 3. SUBTOTAL | $ | **2,600.00** | $ | **0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a.  Payroll taxes and social security | $ | **290.33** | $ | **0.00** |
| b.  Insurance | $ | **364.00** | $ | **0.00** |
| c.  Union dues | $ | **0.00** | $ | **0.00** |
| d.  Other (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **654.33** | $ | **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **1,945.67** | $ | **0.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **0.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **0.00** | $ | **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **1,945.67** | $ | **0.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | | **1,945.67** |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re    **Stuart David Cox**
____**Andrea L Cox**_____    Case No. _____
                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 575.00 |
|    a. Are real estate taxes included? | Yes ____ | No **X** | |
|    b. Is property insurance included? | Yes ____ | No **X** | |
| 2. Utilities:   a. Electricity and heating fuel | | $ | 200.00 |
|      b. Water and sewer | | $ | 40.00 |
|      c. Telephone | | $ | 140.00 |
|      d. Other | | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 0.00 |
| 4. Food | | $ | 500.00 |
| 5. Clothing | | $ | 50.00 |
| 6. Laundry and dry cleaning | | $ | 10.00 |
| 7. Medical and dental expenses | | $ | 100.00 |
| 8. Transportation (not including car payments) | | $ | 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 10.00 |
| 10. Charitable contributions | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
|      a. Homeowner's or renter's | | $ | 0.00 |
|      b. Life | | $ | 0.00 |
|      c. Health | | $ | 0.00 |
|      d. Auto | | $ | 105.00 |
|      e. Other | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
|      (Specify) | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
|      a. Auto | | $ | 195.00 |
|      b. Other  **mortgage on home -- contractual oblig.** | | $ | 1,600.00 |
|      c. Other  **2nd mortgage  -- contractual  oblig** | | $ | 676.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other | | $ | 0.00 |
|    Other | | $ | 0.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)          $    **4,401.00**

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.   Average monthly income from Line 15 of Schedule I | $ | 1,945.67 |
| b.   Average monthly expenses from Line 18 above | $ | 4,401.00 |
| c.   Monthly net income (a. minus b.) | $ | -2,455.33 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Stuart David Cox**
     **Andrea L Cox**

Debtor(s)

Case No.

Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **90**    sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **May 12, 2010**

Signature    **/s/ Stuart David Cox**
           **Stuart David Cox**
           Debtor

Date    **May 12, 2010**

Signature    **/s/ Andrea L Cox**
           **Andrea L Cox**
           Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Stuart David Cox**
**Andrea L Cox**

Debtor(s)

Case No.

Chapter **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$57,558.00** | **2009: Husband Mallard Press, Inc.** |
| **$3,720.23** | **2009: Husband Zander Press, Inc.** |
| **$80,193.00** | **2008: Husband Mallard Press, Inc.** |
| **$9,600.00** | **Zander Press (husband) YTd 4/30/10** |

**2. Income other than from employment or operation of business**

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|

**3. Payments to creditors**

None ☐

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Fifth Third Bank**<br>**C/O Bankruptcy Dept, Mdropso5**<br>**1850 East Paris**<br>**Grand Rapids, MI 49546** | **PAST 3 MONTHS** | **$570.00** | **$6,400.00** |

None ■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Harris Bank v. Drake Offset et al  09 L 15520** | **collection** | **Cook County IL** | **pending** |
| **Chase Home Finance v. Cox 2010 CH 1766** | **foreclosure** | **Dupage County** | **filed 3/2010** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **General Electric v. The Mallard Press et al  2009 L 1334** | **replevin/collection** | **Dupage County Wheaton IL** | **closed** |

None ■  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

4

## 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Richard L. Hirsh, P.C. 1500 Eisenhower Lane Suite 800 Lisle, IL 60532-2135** | **11/16/09** | **$3,300.00** |
| **Alliance Credit Counseling** | **1/25/10** | **$50.00** |

## 10. Other transfers

None ■ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

## 11. Closed financial accounts

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Chase Bank** | **checking  $0.00** | **$11.43   April 2010** |

## 12. Safe deposit boxes

None ■ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.  Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| 26W125 Thomas, Wheaton IL | Stuart David Cox<br>Andrea L Cox | 7/1998  - 3/2010 |
| 363 Main St. Brillion WI | Stuart David Cox<br>Andrea L Cox | 3/2010 - pres. |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Mallard Press, Inc.** | | **335 Eisenhower Lane S. Lombard, IL 60148** | **Printing** | **Septmeber 1, 1994 to October 30, 2009** |
| **Drake Offset Inc.** | | **335 Eisenhower Lombard, IL 60148** | **holding company to purchase Mallard** | **1995-2009** |

None
■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Weiss, Sugar, Dvorak & Dusek, Ltd.** **20 N. Wacker Drive, Suite 2250** **Chicago, IL 60606** | **Attn: Pete Tripani - Accountant** **Tax Return for November 1, 2007 through October 31, 2008** **Tax Return for November 1, 2006 through October 31, 2007** |

None
■   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

**Rally Capital Services, Inc.**
**Business property was seized by Rally Capital**

**350 North LaSalle Drive**
**Chicago, IL 60654**

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

**Hinsdale Bank & Trust Company**
**25 E First St**
**Hinsdale, IL 60521**

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

8

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **May 12, 2010**                    Signature    **/s/ Stuart David Cox**
                                                        **Stuart David Cox**
                                                        Debtor

Date  **May 12, 2010**                    Signature    **/s/ Andrea L Cox**
                                                        **Andrea L Cox**
                                                        Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Stuart David Cox**
**Andrea L Cox**
_____
Debtor(s)

Case No. _____

Chapter   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Chase Manhattan Mortg** | **Describe Property Securing Debt:**<br>**26W125 Thomas Road, Wheaton, IL  60187** |

Property will be (check one):
■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Green Tree Servicing** | **Describe Property Securing Debt:**<br>**26W125 Thomas Road, Wheaton, IL  60187** |

Property will be (check one):
■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                        Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Hinsdale Bank & Trust Company** | **Describe Property Securing Debt:**<br>**26W125 Thomas Road, Wheaton, IL  60187** |

Property will be (check one):
  ■ Surrendered                            ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt                      ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐  YES          ☐  NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **May 12, 2010**           Signature   **/s/ Stuart David Cox**
                                              **Stuart David Cox**
                                              Debtor

Date  **May 12, 2010**           Signature   **/s/ Andrea L Cox**
                                              **Andrea L Cox**
                                              Joint Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Stuart David Cox**
**Andrea L Cox**

Case No. _____

Debtor(s)

Chapter  **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 3,300.00 |
| Prior to the filing of this statement I have received | $ | 3,300.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
      **exemption planning;  filing of reaffirmation agreements and applications as required by lender; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, trial of judicial lien avoidances, trial of contested matters, or any other adversary.  Attorney services to be rendered to not include adversary proceedings, contested matters going to evidentiary hearing or trials.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **May 12, 2010**

**/s/ Richard L. Hirsh**
**Richard L. Hirsh 1225936**
**Richard L. Hirsh & Associates, P.C.**
**1500 Eisenhower Lane**
**Suite 800**
**Lisle, IL 60532-2135**
**630 434-2600  Fax: 630 434-2626**
**richala@sbcglobal.net**

---

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                          Best Case Bankruptcy

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Stuart David Cox**
**Andrea L Cox**
_____    Case No. _____
Debtor(s)    Chapter   **7** _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Stuart David Cox**
**Andrea L Cox**
_____    X   **/s/ Stuart David Cox**          **May 12, 2010**
Printed Name(s) of Debtor(s)                    Signature of Debtor          Date

Case No. (if known) _____    X   **/s/ Andrea L Cox**          **May 12, 2010**
Signature of Joint Debtor (if any)          Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Stuart David Cox**
**Andrea L Cox**

Debtor(s)

Case No.
Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____  **369**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **May 12, 2010**

/s/ **Stuart David Cox**
**Stuart David Cox**
Signature of Debtor

Date:  **May 12, 2010**

/s/ **Andrea L Cox**
**Andrea L Cox**
Signature of Debtor

A & E Messenger Service
15502 Trailside Drive
Lockport, IL 60441

.

Allied Security Services
P.O. Box 371967
Pittsburgh, PA 15250

American Graphic Specialties
16853 Charleston Circle
Lockport, IL 60441

A-Korn Roller, Inc.
3545 S. Morgan Street
Chicago, IL 60609

Advance Visuals, Inc.
208 W. North Avenue
Lombard, IL 60148

American Litho, Inc.
160 East Elk Trail
Carol Stream, IL 60188

Aabbitt Adhesives, Inc
2403 N Oakley Avenue
Chicago, IL 60647

Advertiers Bindery
739 S Clark Street
Suite 3
Chicago, IL 60605

American Management Services
7680 Universal Drive
Suite 170
Orlando, FL 32819

Accent Promotions
319 8th St
Downers Grove, IL 60515

AGFA - Compugraphic Divisinio
P.O. Box 7247-8204
Philadelphia, PA 19170

American Paging of Illinois
210 W. 22nd Street
Suite 102
Oak Brook, IL 60521

Accurate Office Supply Co.
260 Gerzevske Lane
Carol Stream, IL 60188

Air Services Company
108 Gateway Road
Bensenville, IL 60106

American Printing Equip, Inc.
1714 West Armitage Court
Addison, IL 60101

Ace Hardware Corporation
220 Kensington Court
Oak Brook, IL 60523

AJ Adhesives, Inc
4800 Miami
Saint Louis, MO 63116

Anderson Group, LTD
907 North Elm Street
Hinsdale, IL 60521

Ace Pool Car, Inc
317 West Lake Street
Melrose Park, IL 60164

aka S&C
900 Ogden Avenue
#349
Downers Grove, IL 60515

Anderson Young & Associates
605 Hickory St.
Sugar Grove, IL 60554

Acme Packaging Division
4225 Frontage Road
Oak Forest, IL 60452

Aleyant Systems
P.O. Box 2491
Glen Ellyn, IL 60138

Andrews Converting
707 east 47th
La Grange, IL 60525

Active Propane Co, Inc
4158 Division St
Hillside, IL 60162

Alpine Paper Company
5112 28th Avenue
Rockford, IL 61125

Andrews Decal Company
6559 N. Avondale Ave
Chicago, IL 60631

Adhesive Papers, Inc.
7247 W. Grand
IL 60635

AM Graphics Division
4900 Webster Street
Dayton, OH 45414

Application Design Assoc., Inc
6021 Syracuse Way
Suite 215
Englewood, CO 80111

Area Electronics
919 N. Highland Road
Mundelein, IL 60060

Automated Presort Inc
1400 Centre Circle Drive
Downers Grove, IL 60515

Bari Hayden
1219 60th Place
Downers Grove, IL 60516

ARKAY Graphics, Inc.
40 South Addison Road
Suite 200
Addison, IL 60101

Automated Scale Corporation
202 W. Fay Avenue
Addison, IL 60101

Berg, DeMarco, Lewis, Sawatski
630 Dundee Road
Suite 425
Northbrook, IL 60062

Arnquist Packaging Corp
P. O. Box 153
Clarendon Hills, IL 60514

AutoMotivation, INC.
270 N. Eisenhower Lane
Unit 10
Lombard, IL 60148

Berry Bearing Co.
5444 East Ave.
La Grange, IL 60525

Arrow Die Cutting Company
2700 W Roosevelt Road
Maywood, IL 60153

Avanta Bank Corp.
P.O. Box 8088
Philadelphia, PA 19101

Brown's Laminated Products
117 West 61st Street
Westmont, IL 60559

Ashland, Inc.
P. O. Box 102533
Atlanta, GA 30368

Bank Of America
4060 Ogletown/Stanton Rd
Newark, DE 19713

Butler Paper Company
2932 S. Wolf Road
Des Plaines, IL 60018

ASI Mailing & Fulfillment
1717 W. Armitage Court
Addison, IL 60101

Bank of America
PO Box 851001
Dallas, TX 75285

C.E. Printed Products
P. O. Box 807
Mount Prospect, IL 60056

AT&T
P.O. Box 8100
Aurora, IL 60507

Banner Moulded Products
3050 N. River Road
River Grove, IL 60171

C.P. Bourg, Inc.
50 Samuel Barnet Blvd
New Bedford, MA 02745

AT&T Universal
PO Box 6241
Sioux Falls, SD 57117

Bar-Plate Manufacturing
232 Amity Road
P.O. Box 3540
Woodbridge, CT 06525

Capital Finishing
303 S. Highland Ave
Aurora, IL 60506

AT&T Wireless
P.O. Box 8220
Aurora, IL 60572

BCT - Chicago
701 N. Raddant Rd
Batavia, IL 60510

Capital One, F.S.B.
P.O. Box 6492
Carol Stream, IL 60197

Auto Ride Cab of Elmhurst, Inc
128 West First Street
Elmhurst, IL 60126

Bell Finishers
3001 Soffel
Melrose Park, IL 60160

Capital Printing & Die Cutting
303 S. Highland Ave
Aurora, IL 60506

Caprock Developments Inc.
475 Speedwell Avenue
P. O. Box 95
Morris Plains, NJ 07950

Chase Card Services
P. O. Box 659409
San Antonio, TX 78265

Christopher Saternus
102 W. Emmeson Street
Arlington Heights, IL 60005

Cardmember Service
P.O. Box 15153
Wilmington, DE 19886-5153

Chase Home Finance
P.O. Box 9001871
Louisville, KY 40290-1871

Cindy Marquardt
454 Yorkshire
Bolingbrook, IL 60440

Cardmember Service
P.O. Box 15298
Wilmington, DE 19850-5298

Chase Manhattan Mortg
10790 Rancho Bernardo Rd
San Diego, CA 92127

Cintas First Aid & Safety
1870 Brummel Drive
Elk Grove Village, IL 60007

Carlson Craft
1750 Tower Blvd

Chemical Lubricants Company
P. O. Box 764
Geneva, IL 60134

Citi
P.o. Box 6500
Sioux Falls, SD 57117

Carol Cancio
6119 Secluded Court
Sylvania, OH 43560

Chicago Cutting Die
3555 Woodhead Drive
Northbrook, IL 60062

Citi Cards
PO Box 688901
Des Moines, IA 50368-8901

Case Paper Company, Inc.
900 W 45ht Street
Chicago, IL 60609

Chicago Financial Ventures
276 Harding
Grayslake, IL 60030

Citi Gold Card
P.O. Box 688913
Des Moines, IA 50368

CDW Computer Centers, Inc.
P. O. Box 75723
Chicago, IL 60675

Chicago Glue Machine
750 N. Baker Drive
Itasca, IL 60143

Citibank South Dakota, N.A.
PO Box 140310
Toledo, OH 43614

Champion Container
430 Wrightwood
Elmhurst, IL 60126

Chicago Laminating Inc.
125 Weller Road
Arlington Heights, IL 60005

Cleveland Folder Service co.
701 S. LaSalle Street
Chicago, IL 60605

Chase
800 Brooksedge Blv
Westerville, OH 43081

Chicago Steel & Wire Corp.
P.O. Box 7038
Dept 129
Indianapolis, IN 46207

CMB Printing
15W700 79th St
Unit 4
Willowbrook, IL 60527

Chase
Bank One Card Serv
Westerville, OH 43081

Chiltec, Inc.
3645 Morton Ave
Brookfield, IL 60513

Comcast
P.O. Box 3001
Southeastern, PA 19398

Commonwealth Edison Company
P.O. Box 6111
Carol Stream, IL 60197

Office Products
11941 Zodiac Lane
Dallas, TX 75229

D.A.R. Services, Inc.
1153 Lee Street
Suite 252
Des Plaines, IL 60016

CommTechics, Inc.
489 Spring Road
Elmhurst, IL 60126

Credit Card Services
PO Box 42010
KY 42010

Data Book Services, Inc
5520 McDermott Drive
Berkeley, IL 60163

Compugraphic Corporation
1605 Penny Lane
Schaumburg, IL 60173

Creekside Printing
1175 Davis Road
Elgin, IL 60123

Digital Data Solutions, Inc.
7678 McEwen Road
Centerville, OH 45459

Conpac
1201 W. Remmington Rd.
Romeoville, IL 60446

Cross Points, Inc.
1110 Heinz Drive, Unit E
Dundee, IL 60118

Digital Printing/Total Graphic
213 Eisenhower Lane So.
Lombard, IL 60148

Continental Datalabel
1855 Fox Lane
Elgin, IL 60123

Crouse Cartage Company
9350 W. Joliet Road
Hodgekins, IL 60525

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850

Continental Packaging Inc.
1228 Remington Road
Schaumburg, IL 60173

Crystal Clear Graphics
1506 Roth Drive
Joliet, IL 60431

Discover Fin Svcs Llc
Po Box15316
Wilmington, DE 19850

Cooke Embossing
P.O. Box 88502
Chicago, IL 60680

Curtis Graphics Coporation
1702 Ogden Ave
Lisle, IL 60532

Distribution Technologies Inc
P.O. Box 1130
Bolingbrook, IL 60440

Copy Master Video Inc
711 E. Fairfield Avenue
Villa Park, IL 60181

Custom Graphics
1740 Molitor
Aurora, IL 60505

DKL & Co.
300 Knightbridge Pkwy
Lincolnshire, IL 60069

Corley Printing
3777 Rider Trail South
Earth City, MO 63045

Cytela Communications Inc
P.O. Box 502677
San Diego, CA 92150

Docu-Shred
125 Prarie Drive
Suite 2
Westmont, IL 60559

CounterPoint
6355 Sunset Corporate Drive
Las Vegas, NV 89120

D&K International, Inc
P.O. Box 95167
Palatine, IL 60095

Domestic Uniform Rental
4131 N. Ravenswood
Chicago, IL 60613

Don & Associates, Inc.
427 Lively Boulevard
Elk Grove Village, IL 60007

Electronix Sales & Service
9700 Madison St
C/O Roger Legner
Hinsdale, IL 60521

Family Shopper Publications
P.O. Box 667
Hillside, IL 60162

Downers Grove Ares Chamber of Comme
2001 Butterfield Rd.
Suite 105
Downers Grove, IL 60515

Embassy Coffee Service
3175 MacArthur Blvd
Northbrook, IL 60062

Federal Express Corporation
P.O. Box 94515
Palatine, IL 60094

DRW Press Services
7207 Olde Salem Circle
Hanover Park, IL 60133

Ennis Business Forms
P.O. Box 107027
Atlanta, GA 30348

Fifth Third Bank
C/O Bankruptcy Dept, Mdropso5
1850 East Paris
Grand Rapids, MI 49546

DTI Warehouse Don't Pay Dave
P.O. Box 1130
Bolingbrook, IL 60440

Enstrom's Candies
PO Box 1088
Grand Junction, CO 81502

Finishing Plus, Inc
1092 Momentum Place
Chicago, IL 60689

Dynamic Graphics, Inc.
6000 N Forest Park
Peoria, IL 61614

Equus Financial Corporation
190 James Street
Barrington, IL 60010

Fisher Printing inc
8640 South Oketo
Bridgeview, IL 60455

E. Greene & Company
P.O. box 1017
Fairfield, NJ 07007

Erland's Electrical
1805 Pickwick
Glenview, IL 60025

Flexible Packaging Sys, Inc.
701 Lee Street
Elk Grove Village, IL 60007

E.R.C. Delivery Service
481 w. Fullerton
Elmhurst, IL 60126

Evcor
605 N. Broadway
Aurora, IL 60505

Flexo Concepts
11 Raffaele Road
Plymouth, MA 02360

Ed Regan Printing Machinery Movers
2499 N. 900 W
Rensselaer, IN 47978

Excellent Bindery
500 Eastern Ave
Bensenville, IL 60106

Folder Express
11616 "I" Street
Omaha, NE 68137

EFI, inc.
PO Box 60000
San Francisco, CA 94160

Executive Life Insurance Co
11444 W. Olympic Blvd
Los Angeles, CA 90064

Fordon Press
1435 Twelfth Street
Waukegan, IL 60085

Egghead Software
17W400 22nd Street
Oakbrook Terrace, IL 60181

Express Technologies, Inc
137 W. Muhammed Ali, Lower Level 1
Louisville, KY 40202

Fore Way Express
204 South Bellis St
PO Box 8011
Wausau, WI 54402

Forest Envelope
1958 University Lane
Lisle, IL 60532

Graphic Arts / Finishing Co.
1950 N. Mannheim
Melrose Park, IL 60160

Great American Ins Co.
580 Walnut Street
Cincinnati, OH 45202

Forest Printing, Inc
7214 W. Madison St
Forest Park, IL 60130

Graphic Arts Service
333 W. St Charles Road
Villa Park, IL 60181

Great Lakes Prtg Equip Corp
29 E Chicago Ave
Westmont, IL 60559

Frances Landfear
7224 w. 60th
Summit Argo, IL 60501

Graphic Color Corporation
750 Arthur ave
Elk Grove Village, IL 60007

Greatbank
234 South Randall Road
Algonquin, IL 60102

Freund Can Company
155 W. 84th Street
Chicago, IL 60620

Graphic Converting Inc
4500 Division St
Chicago, IL 60651

Green Tree
PO Box 94710
Palatine, IL 60094-4710

Fujifilm Graphics System USA
Dpet CH 10764
Palatine, IL 60055

Graphic III Papers, Inc.
305 Eisenhower Lane South
Lombard, IL 60148

Green Tree Servicing
500 Landmark Tower
St Paul, MN 55102

G H Printing
5207 Walnut Ave
Downers Grove, IL 60515

Graphic Plus, Inc.
1808 Ogden Ave
Lisle, IL 60532

GREP International
8828 Gleneagles Lane
Darien, IL 60561

Gamma Photo Labs
500 N Mannheim Road
Hillside, IL 60162

Graphics 2000
143. S Cass Ave
Westmont, IL 60559

Ground Hawg
2114 S Wolf Rd
Des Plaines, IL 60018

GE Money Bank
PO Box 981064
El Paso, TX 79998-1064

Graphics Arts Equipment Co.
65 E Palatine Road, Suite 203
Prospect Heights, IL 60070

Gummed Papers of America
8740 W. 50th Street
La Grange, IL 60525

GE Mongram Bank / JC Penney Dc
Attn: Bankruptcy
Po Box 103106
Roswell, GA 30076

Graphix Laminating, LLC
6185 Conchran Rd
Solon, OH 44139

H & H Graphics
6980 N Central Park Ave
Lincolnwood, IL 60712

General Electic
c/o Reed Smith LP
10 S. Wacker  ste 4000
Chicago, IL 60606

Grayarc Company LLC
P O Box 38480
Louisville, KY 40233

H+W Graphics
2649 Gardner Road
Maywood, IL 60153

H5 Solutions
614 N Iowa
Villa Park, IL 60181

Head Engineering Co.
6500 Joliet Road
Clarendon Hills, IL 60525

Holstein's Garage
309 W Front St
Wheaton, IL 60187

Handschy Industries
2525 Elston Ave
Chicago, IL 60647

Heidelberg USA, Inc.
PO Box 845180
Dallas, TX 75284

Holum and Sons Co. Inc
740 N. Burr Oak Drive
Westmont, IL 60559

Hanley Graphic Products Co
900 W Thorndale
Itasca, IL 60143

Heritage House Florist
5109 Main Street
Downers Grove, IL 60515

Home Depot Credit Services
PO Box 6029
The Lakes, NV 88901

Hanley Manufacturing
11400 Melrose Street
Franklin Park, IL 60131

Hi-Tech Automotive
739 Fullerton
Addison, IL 60101

Hopkins Custom Index Tabs
511 e Pine St
Bensenville, IL 60106

Harris Bank - Hinsdale
50 S. Lincoln Street
Hinsdale, IL 60521

High Quality Clear-Up Systems
236 Flora
Glenview, IL

Hopkins Mailing Service
758 Raquet Club
Addison, IL 60101

Harris Bank Rolling Meadows
5225 Kirchoff Road
Rolling Meadows, IL 60008

Hinckley Springs
PO Box 660579
Dallas, TX 75266

Howlan, Inc.
550 Northgate Parkway
Wheeling, IL 60090

Harris Graphics
Department L107P
Pittsburgh, PA 15264

Hinsdale Bank & Trust Company
25 E First St
Hinsdale, IL 60521

HSBC Retail Services
PO Box 17602
Baltimore, MD 21297

Hartford Fire Insurance Co.
PO Box 2907
West Hartford, CT 06107

Hinsdale Bank & Trust Company
25 East First Street
Hinsdale, IL 60521

HSBC/Menards
90 Christiana Road
New Castle, DE 19720

Hayker & Associates
PO Box 8093
Woodridge, IL 60517

Hinsdale Flower Shop
17 W First St
Hinsdale, IL 60521

IKON Financial Services
1738 Bass Road
Macon, GA 31210

Heat Engineering Co.
6500 Joliet Road
Countryside, IL 60525

Hinsdale Sanitary District
6975 Commonwealth Ave
Hinsdale, IL 60521

IKON Office Solutions
PO box 802815
Chicago, IL 60680

Illinois Bell Telephone Co
Remittance Processing
Chicago, IL 60665

James Crowley
Crowley & Lamb
350 N. LaSalle #900
Chicago, IL 60654

Lancer Label
4900 G Street
Omaha, NE 68106


Illinois Chamber of Commerce
PO Box 19258
Springfield, IL 62794

JCPenney
PO Box 960090
Orlando, FL 32896-0090

Lindenmyer Munroe
112 Alexandra Way
Carol Stream, IL 60188


Interlake Packaging
4225 Frontage Road
Oak Forest, IL 60452

Jet Litho Color, Inc.
PO Box 674141
Detroit, MI 48267

Lingraph Packaging Services
15 N. Brandon Drive
Glendale Heights, IL 60139


International Filing Company
PO Box 8500
Philadelphia, PA 19101

Johnathan Curran
5346 Grand Ave
Downers Grove, IL 60515

M2 Graphics
420 E. 13th Street
Lockport, IL 60441


International Label & Printing
2550 United Lane
Elk Grove Village, IL 60007

Johnson Steel Rule & Die
5410 W. Roosevlet Road
#228
Chicago, IL 60644

Mallard Press Inc
c/o Rally Capital - Howard Samuels


International Mail Service
692 S 8th St,
Suite A
Kalamazoo, MI 49009

Jorson & Carlson Co, Inc.
PO Box 796
Elk Grove Village, IL 60009

Mallard Press, Inc.
335 Eisenhower Lane S.
Lombard, IL 60148


Interstate Batteries
926 N Oaklawn Ave
Elmhurst, IL 60126

Juan Regalado
387 N Pinecrest
Bolingbrook, IL 60440

Maria Mikulski
164 Forest Glen
Wood Dale, IL 60191


Intra-Cut Diecutting
5559 N Northwest Highway
Chicago, IL 60630

KBA North America
PO Box 900
Williston, VT 05495

Mary Oskroba
6114 Green
Woodridge, IL 60517


IOS Capital
1738 Bass Road
Macon, GA 31210

Kevron Printing and Design
10005 S. Harlem Ave
Chicago Ridge, IL 60515

McGary Studio
2181 Baker Street
Aurora, IL 60506


Iroquois Products
2220 West 56th St
Chicago, IL 60636

Komori America Corporation
Dept LA 23266
Pasadena, CA 91185

Michael Midona
16853 Charleston Circle
Lockport, IL 60441

Midwest Ink Co.
2701 S. 12th Ave
Broadview, IL 60155

Olive & Sons
977 W. Madison
Maywood, IL 60153

Platinum Coverings, Inc.
851 Expressway Drive
Itasca, IL 60143

Midland Paper Company
1140 Paysphere Circle
Chicago, IL 60671

Orbus
380 Beterans Parkway
Bolingbrook, IL 60440

PressSense
PO Box 725
Lemont, IL 60439

Midwest Printing Services
200 King Street
Elk Grove Village, IL 60007

Outsource Bindery
2487 S. Wolf Road
Des Plaines, IL 60018

Prima Graphics
2461 Larsen Road
PO Box 11095
Green Bay, WI 54307

Milpak Graphics, Inc.
2880 Big Oak Dr.
PO Box 490
King, NC 27021

PACUR
3555 Moser St.
Oshkosh, WI 54901

Print Smart
3024 W. Hobson Road
Woodridge, IL 60517

MKL Pre-Press Electronics
941 Estes Court
Schaumburg, IL 60193

Peel & Stik
10720 Beaudin Blvd
Unit B
Woodridge, IL 60517

Printing Industry of Illinois
70 E Lake Street
#540
Chicago, IL 60601

MSS Internet
478 Pennsylania Ave
Glen Ellyn, IL 60137

Peoples Bk Credit Card Services
Attn: Bankruptcy
Po Box 7092 Rccb 0680
Bridgeport, CT 06601

QuadGraphics
3026 W 76th Street
Woodridge, IL 60517

National Binding
350 Smoke Tree Bus Park
North Aurora, IL 60542

Phoenix Trucking
PO Box 7842
Westchester, IL 60154

Quality Fold
Attn: Bill
1560 Howard St
Elk Grove Village, IL 60007

Navitor
1625 Roe Crest Drive
PO Box 8625
Mankato, MN 56003

Physician's Record Company
3000 S. Ridgeland
Berwyn, IL 60402

Quantum Coatings Inc
1337 N. Wood Branch Dr
Charlotte, NC 28273

New Century Imaging, Inc.
9400 Lueline Ave
Chatsworth, CA 91311

Pierce & Associates
1 N Dearborn
13th FL
Chicago, IL 60602

Quick Delivery Services
632 Pratt Avenue North
Schaumburg, IL 60193

O'Brien & Associates, P.C.
1900 Spring Road
Suite 501
Oak Brook Terrace, IL 60523

Pitman Company
2001 W. 19th St.
Broadview, IL 60155

Quick Tabs, Inc
81 W. 61st Street
Westmont, IL 60559

Rally Capital The Mailing Press
350 N. LaSalle Street  #1100
Chicago, IL 60601

RPR Graphics
1140 Cleveland Avenue
La Grange, IL 60525

Sam's Club
Attention:  Bankruptcy Department
Po Box 103104
Roswell, GA 30076

Rbs Citizens NA
1000 Lafayette Blvd
Bridgeport, CT 06604

RPR Graphics, Inc.
1407 Centre Circle
Downers Grove, IL 60515

SBI
1100 West Touhy Ave
Elk Grove Village, IL 60007

RBS Credit Card Services
PO Box 7092
Bridgeport, CT 06601

Rudd Container Corporation
4600 Sout Kolin St.
Chicago, IL 60632

Schlesinger Machinery, Inc.
820 Maple Lane
Bensenville, IL 60106

Reed Business Information
PO Box 2087
Carol Stream, IL 60132

Rush Graphics
1165 Jansen Farm Ct
Elgin, IL 60123

SCREEN
PO Box 3235
Church Street Station
New York, NY 10008

Reed-Rite/Reliable Label
1427 Centre Circle Drive
Downers Grove, IL 60515

Rydin Decal
700 Phoenix Lake Avenue
Streamwood, IL 60107

SEASPAR
4500 Belmont Road
Downers Grove, IL 60515

Regency Thermographers of ILL
343 W Erie Street
Chicago, IL 60610

S. I. Industries
PO Box 742
Watertown, WI 53094

SEKO Messenger Svc
PO Box 5037
Chicago, IL 60680

Rickard Bindery
325 N Ashland ave
Chicago, IL 60607

Sacramento Printing Company
506 W. Wrightwood Ave
Elmhurst, IL 60126

Shell Oil Company
PO Box 183019
Columbus, OH 43218

RK Systems
150 Schuyler Street
Kankakee, IL 60901

Sam's Club
PO Box 530970
Atlanta, GA 30353

Sign-A-Rama
2223 Ogden Ave #2
Downers Grove, IL 60515

Robert Gay

Sam's Club
P.O. Box 530970
Atlanta, GA 30353-0970

Skyline Technical Service
PO Box 299
Oak Forest, IL 60452

Roosevelt Paper
11001 Paper Blvd
Richwood, KY 41094

Same Day
PO Box 142
Elmhurst, IL 60126

Small Business Accounting Service
700 Commerce Drive
Oak Brook, IL 60523

Smart, Inc
41W584 U.S. Route 20
Hampshire, IL 60140

Stoller & Company
920 Cary Point Drive
Cary, IL 60013

Tami Wolak
24533 Bantry Drive
Shorewood, IL 60404

Snelling Personnel Services
2029 Ogden Avenue
Lisle, IL 60532

Suburban Delivery
6296 Woodward Ave
Downers Grove, IL 60516

The Cadle Company Ii I
100 N Center St
Newton Falls, OH 44444

Specturm Color Corp.
1536 Brook Drive
Downers Grove, IL 60515

Suburban Door Check
415 W. Ogden
Westmont, IL 60559

The Cadle Company II, Inc.
100 North Center Street
Newton Falls, OH 44444

Spiral Binding Company
835 Bonnie Lane
Elk Grove Village, IL 60007

Suburban Stamp Works
4111 St. Charles Rd
Bellwood, IL 60104

The Oldham Group
2056 N. Republic
Springfield, IL 62702

Spiral of Illinois, Inc.
4200 W. Wrightwood ave
Chicago, IL 60639

Summit Business Products
1 S. 045 Summit Ave
Oak Brook Terrace, IL 60181

The Ticket Factory
7034 Darby Avenue
PO Box 1133
Reseda, CA 91335

Springfield Computer Systems
4201 Baymeadows Road
Jacksonville, FL 32217

Sun Printing Company
1500 W Ogden Ave
Naperville, IL 60540

The Wall Street Journal
200 Burnet Road
Chicopee, MA 01021

Springfield Computer Systems
1721 North Pearl St
Jacksonville, FL 32206

Superior Ink
100 North Street
Teterboro, NJ 07608

The Winnetka Bank
791 Elm St.
Winnetka, IL 60093

Sprint
PO Box 4181
Carol Stream, IL 60197

Supplies Plus, Inc.
760 N Frontage Road
Hinsdale, IL 60521

Timely Press, Inc.
694 Veterans Parkway
Unit H
Bolingbrook, IL 60440

Standard Cartage Company
2400 South 27th Ave
Broadview, IL 60155

Sure Tape Ltd
29 Denton Ave
New Hyde Park, NY 11040

Titan Adhesive
PO Box 2776
Paterson, NJ 07509

Sterling Graphic Supply Inc
PO Box 112
Elgin, IL 60121

SVI
PO Box 1750
Aurora, IL 60507

Tokyo Ink America, Inc.
PO Box 94006
Chicago, IL 60690

Tom Adent
5250 Olive Branch Road
Three Oaks, MI 49128

Tri-State Electrical Service
Attn: William Campbell
7130 Beechnut Lane
Westmont, IL 60559

Universal Laminating
560 Territorial Drive
Bolingbrook, IL 60440

Tompkins Printing
5050 North Rose Street
Schiller Park, IL 60176

Tri-State Electrical Service
PO Box 2064
Westmont, IL 60559

Unvl/citi
Attn.: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195

Too Busy To, Inc
PO Box 654
Hinsdale, IL 60522

Triangle Die
1436 Louis Bork Drive
Batavia, IL 60510

Update LTD
134 Peavey Circle
Chaska, MN 55318

Total Fire & Safety, Inc.
6808 Hobson Valley Drive, Unit 105
Woodridge, IL 60517

TS Graphics
633 Hitchcock Ave
Lisle, IL 60532

UPS Freight
6633 W. 75th Street
Chicago, IL 60638

TR Visuals & Office Supply Co.
405 S Busse Road
Elk Grove Village, IL 60007

Uarco Incorporated
PO Box 71660
Chicago, IL 60694

Us Bank/na Nd
Attn: Bankruptcy Dept
Po Box 5229
Cincinnati, OH 45201

Tracer Imaging LLC
20 Harlem Ave
Suite 300
White Plains, NY 10603

ULINE
Accounts Receivable
2200 S. Lakeside Drive
Lombard, IL 60148

US Office Products
100 N. Gary Ave
Roselle, IL 60172

Trade Envelopes, Inc.
480 Randy Road
Carol Stream, IL 60187

Uniform Graining Corporation
2120 W. Lake Street
Chicago, IL 60612

Veterans Messenger Service
PO Box 66973
Slot 302141
Chicago, IL 60666

Transport Service Company
908 North Elm,
Suite 101
Hinsdale, IL 60521

Unisource
7472 Collection Center Drive
Chicago, IL 60693

Village of Hinsdale
19 E. Chicago Ave
Hinsdale, IL 60521

TRC Enterprises
308 S. Green Valley Drive
Naperville, IL 60540

United Collection Bureau, Inc.
5620 Southwyck Blvd - Suite 206
Toledo, OH 43614

Village of Lombard
PO Box 6507
Chicago, IL 60680

TRESU Royse Inc
PO Box 612052
Dallas, TX 75261

United Parcel Service
Lockbox 577
Carol Stream, IL 60132

Voegeli Board Sales, Inc
29 W 150 Butterfield Road
Warrenville, IL 60555

Waste Management
PO Box 4648
Carol Stream, IL 60197


Weiss, Sugar, Dvorek & Dusek
20 N. Wacker
Suite 2250
Chicago, IL 60606


WEKO North America, Inc
PO Box 170036
896 West St John St
Spartanburg, SC 29301


Wells Fargo Equipment Finance
NW-8178
PO Box 1450
Minneapolis, MN 55485


Western States Envelope Co.
PO Box 2048
Milwaukee, WI 53288


Wetbrook Lock and Key
PO Box 7444
Westchester, IL 60154


Xerox Corporation
PO Box 802555
Chicago, IL 60680


XL Marketing Group, Inc.
845 Bonnie Lane
Elk Grove Village, IL 60007


Xpedx
3568 Solutions Center
Chicago, IL 60677